| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Hood & Reed SBN 116933<br>18141 Beach Blvd Ste 390<br>Huntington Beach   CA   92648<br>ATTORNEY FOR (Name | (714) 842-6837 | FILED<br>08 JAN 25 PM 3:53<br>RICHARD W. WIEKING<br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
BANK OF THE WEST V. RMA LUMBER

| 1283521 | (HEARING) Date | Time | Dept | Case Number:<br>CV076469EMC |
|---|---|---|---|---|
| | | | | REFERENCE NO.<br>RMA/BOW |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS & COMPLAINT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; ECG REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES U.S DISTRICT COURT, SAN FRANSICO CASE GUIDELINES

ON: RMA LUMBER INC., A VIRGINA CORPORATION, BY SERVING
  Robin M. Allen, President

AT: 295 Belmont Lane
  Dillwyn     VA     23936

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH
  Robin M. Allen, President, Authorized To Receive

ON     1/9/2008   AT   12:23:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving: **Robert L. Hester** Out Of State Process

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was     $55.00
e. I am:
  (1) not a registered California process server:
  (3) registered California process server:
    (i)
  (i) Registration No: Not A California
  (i) County: Registered Process Server

8. I declare under the penalty of perjury under the laws of the United States of America X that the foregoing is true and correct.

_____
SIGNATURE

1/22/2008

**PROOF OF SERVICE**