| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Hood & Reed SBN 116933<br>18141 Beach Blvd Ste 390<br>Huntington Beach    CA    92648<br>ATTORNEY FOR (Name | (714) 842-6837<br>FILED<br>08 JAN 25 PM 3:54 | |
| Insert of Court Name of Judicial District and Branch Court if any<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | |
| SHORT TITLE OF CASE<br>BANK OF THE WEST V. RMA LUMBER | | |
| 1283490    (HEARING) Date    Time    Dept | | Case Number:<br>CV076469EMC<br>REFERENCE NO.<br>RMA/BOW |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS & COMPLAINT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; ECG REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES U.S DISTRICT COURT, SAN FRANSICO CASE GUIDELINES

ON: ROBIN M. ALLEN, AN INDIVIDUAL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

295 Belmont Lane
Dillwyn            VA        23936
ON    1/9/2008    AT    12:23:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving: **Robert L. Hestor** Out Of State Process

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

d. The fee for service was    $124.90
e. I am:
(1) not a registered California process server:
(3) registered California process server:
(i)
(i) Registration No:  Not A California
(i) County:    Registered Process Server

SIGNATURE

1/22/2008

**PROOF OF SERVICE**