1  HOOD & REED
   18141 Beach Blvd., Suite 390
2  Huntington Beach, CA   92648-5611
   Attn:  James T. Reed, Jr., Bar No. 116933
3

4  (714)  842-6837

5  Attorneys for Plaintiff
   BANK OF THE WEST
6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  BANK OF THE WEST, a California    )  CASE NO. C 07-06469 EMC
    corporation,                      )
13                                    )  Assigned to the United States
                    Plaintiff,        )  District Court Judge
14                                    )  Honorable Edward M. Chen
    vs.                               )  Ctrm C, 15th Floor
15                                    )
    RMA LUMBER, INC., a Virginia      )  PROOF OF SERVICE
16  corporation; ROBIN M. ALLEN, an   )  OF DEFAULT BY CLERK AND
    individual                        )  DECLARATION OF JAMES T. REED, JR.
17                                    )  IN SUPPORT OF APPLICATION TO ENTER
                                      )  THE DEFAULT
18                  Defendants.       )
                                      )
19  _____

20

21

22

23       I am over the age of eighteen years, not a party to this

24  action, and my business address is 18141 Beach Blvd., Suite 390,

25  Huntington Beach, California, 92648.  I am readily familiar with our

26  firm's practice for the collection and processing of correspondence

27  for mailing with the United States Postal Service (USPS) or delivery

28  by overnight messenger.

1       On February 6, 2008, at the above address, I served a copy

2 of the following documents:

3      1.   **DEFAULT BY CLERK**

4      2.   **DECLARATION OF JAMES T. REED, JR. IN SUPPORT OF**

5         **APPLICATION TO ENTER THE DEFAULT.**

6       I enclosed them in an envelope with postage fully prepaid,

7 and placing the envelope for collection and mailing on the above date

8 at the above address, following our ordinary business practices, which

9 provides for delivery to the USPS carrier or deposit with the USPS;

10 or, if served by overnight messenger, the envelopes had delivery fees

11 provided for overnight delivery, and were deposited in a box regularly

12 maintained by United Parcel Service.  The envelopes were sent to the

13 following persons:

14 SEE THE ATTACHED LIST

15       I declare under penalty of perjury under the laws of the

16 United States of America that the foregoing is true and correct.

17       Executed on February 6, 2008, at Huntington Beach,

18 California.

19                          Angela M. Corbett

20

21

22

23

24

25

26

27

28

United States District Court-Northern District

San Francisco-Case No. C 07-06469 EMC


BANK OF THE WEST vs. RMA LUMBER, INC.,

a Virginia corporation,

ROBIN M. ALLEN, an individual Defendants.


RMA Lumber, Inc.                                    Defendant
295 Belmont Lane
Dillwyn, VA 23936

(served by Mail)


Robin Allen                                         Defendant
295 Belmont Lane
Dillwyn, VA 23936

(served by Mail)


Courtesy copy to:


Daniel L. Rutherford, Esq.
571 Front Street
P.O. Box 5
Lovingston, VA 22949

(served by Mail)