```
 1  HOOD & REED
    18141 Beach Blvd., Suite 390
 2  Huntington Beach, CA  92648-5611
    Attn:  James T. Reed, Jr., Bar No. 116933
 3

 4  (714) 842-6837

 5  Attorneys for Plaintiff
    BANK OF THE WEST
 6

 7

 8                    UNITED STATES DISTRICT COURT

 9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  BANK OF THE WEST, a California   ) **CASE NO. C 07-06469 EMC**
    corporation,                     )
13                                   ) **Assigned to the**
                         Plaintiff,  ) **Honorable Edward M. Chen,**
14                                   ) **United States District Court Judge**
    vs.                              ) **Ctrm C, 15th Floor**
15                                   )
    RMA LUMBER, INC., a Virginia     )
16  corporation; ROBIN M. ALLEN, an  )
    individual                       ) **DEFAULT BY CLERK**
17                                   )
                                     )
18                      Defendants.  )
    _____)
19

20       It appearing from the records of the above entitled action,

21  that the summons and complaint have been served upon the defendants

22  named below and it further appearing from the affidavit of counsel for

23  plaintiff and other evidence as required by F.R.Civ.P. 55(a), that

24  each of the below identified defendants have failed to plead or

25  otherwise respond or defend this action as directed in the summons and

26  as provided in the F.R.Civ.P.;

27

28
```

1  NOW, THEREFORE at the request of counsel for the plaintiff,
2  the default of each of the following named defendants is hereby
3  entered:
4      (a)  RMA LUMBER, INC., a Virginia corporation;
5      (b)  ROBIN M. ALLEN.

                                    UNITED STATES DISTRICT
                                    COURT CLERK


                                    by:_____
                                        DEPUTY CLERK

(JTR:amc)
DEFAULT.01