1  HOOD & REED
   18141 Beach Blvd., Suite 390
2  Huntington Beach, CA   92648-5611
   Attn: James T. Reed, Jr., Bar No. 116933
3

4  (714) 842-6837

5  Attorneys for Plaintiff
   BANK OF THE WEST
6

7

8                UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 BANK OF THE WEST, a California    ) CASE NO. C 07-06469 EMC
   corporation,                      )
13                                   ) Assigned to the
                 Plaintiff,          ) Honorable Edward M. Chen,
14                                   ) United States District Court Judge
   vs.                               ) Ctrm C, 15th Floor
15                                   )
   RMA LUMBER, INC., a Virginia      ) DECLARATION OF JAMES T. REED, JR.
16 corporation; ROBIN M. ALLEN, an   ) IN SUPPORT OF APPLICATION TO ENTER
   individual                        ) THE DEFAULT
17                                   )
                                     )
18               Defendants.         )
                                     )
19 _____)

20       I, James T. Reed, Jr., declare:

21       1.   I am an attorney duly licensed to practice law in the

22 State of California and I am admitted to practice before the United

23 States District Court for the Northern District of California. The

24 facts contained in this declaration are known by me to be true and if

25 called to do so I could and would competently testify, thereto.

26       2.   Plaintiff filed this action on December 26, 2007 for

27 the money due it under an equipment financing agreement and the

28

DECLARATION OF JAMES T. REED, JR.
IN SUPPORT OF APPLICATION TO                1
ENTER THE DEFAULT

commercial guaranty of that agreement against the defendants RMA Lumber, Inc. and Robin M. Allen.

3. Promptly, following the filing of the complaint, the summons and complaint were personally served on the defendants RMA Lumber, Inc. and Robin M. Allen on January 9, 2008. True and correct copies of the proofs of service are attached to this declaration as exhibits 1 and 2, respectively. Those proofs of service were filed with the Court on January 25, 2008.

4. Shortly after the summons and complaint were served on the defendants, I received a call from an attorney in Virginia named Daniel Rutherford, who discussed the dilemma his clients were in with respect to the general decline in the home building industry and we explored the settlement options presented given the relatively large balance due. Mr. Rutherford and I spoke on three occasions from January 15, 2008 forward, but no progress was made towards the resolution of the matter. On January 29, 2008, I wrote to Mr. Rutherford to make sure that the record was clear that his clients' responsive pleading remained due on January 30, 2008, and that unless the matter was resolved Bank of the West would proceed to enter the defendants' default and proceed to have judgment entered. On January 30, 2008, I received a call from Mr. Rutherford who explained that his client's did not intend to appear in the action or oppose the matter and that they were unable to come up with a meaningful settlement offer to the Bank. I explained to him that this would mean I would request that his clients' defaults be entered and the Bank would proceed to judgment. He explained he understood the Bank's position and appreciated the courtesy shown in the matter so

DECLARATION OF JAMES T. REED, JR.
IN SUPPORT OF APPLICATION TO
ENTER THE DEFAULT

2

1  far.  Attached as Exhibit 3 is a true and correct copy of my
2  correspondence to Mr. Rutherford.  Accordingly, no extension of time
3  to plead was requested by either defendant and it is appropriate to
4  enter the defendants' default at this time.
5      I declare under penalty of perjury under the laws of the
6  United States of America that the foregoing is true and correct this
7  February 5, 2008.

*[signature]*

JAMES T. REED, JR.
Declarant

(JTR:amc)
DEFAULT.DEC

Case 3:07-cv-06469-JSW   Document 6-2   Filed 03/07/2008   Page 4 of 9

**EXHIBIT 1**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| Hood & Reed SBN 116933<br>18141 Beach Blvd Ste 390<br>Huntington Beach   CA   92648 | (714) 842-6837 | |
| ATTORNEY FOR (Name) | | |
| Insert of Court Name of Judicial District and Branch Court if any<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | |
| SHORT TITLE OF CASE<br>BANK OF THE WEST V. RMA LUMBER | | |
| 1283521   (HEARING) Date   Time   Dept | | Case Number<br>CV076469EMC |
| | | REFERENCE NO<br>RMA/BOW |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS & COMPLAINT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; ECG REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES
U.S DISTRICT COURT, SAN FRANSICO CASE GUIDELINES

ON: RMA LUMBER INC., A VIRGINA CORPORATION, BY SERVING
    Robin M. Allen, President

AT: 295 Belmont Lane
    Dillwyn        VA        23936

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH
    Robin M. Allen, President, Authorized To Receive

ON    1/9/2008  AT   12:23:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving: Robert L. Hester   Out Of State Process

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was   $55.00
e. I am:
(1) not a registered California process server:
(3) registered California process server:
(i)
(i) Registration No:  Not A California
(i) County:   Registered Process Server

8. I declare under the penalty of perjury under the laws of the United States of America X
that the foregoing is true and correct.

SIGNATURE

1/22/2008

PROOF OF SERVICE

**EXHIBIT 2**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Hood & Reed SBN 116933<br>18141 Beach Blvd Ste 390<br>Huntington Beach   CA   92648 | (714) 842-6837 | |

ATTORNEY FOR (Name):

Insert of Court Name of Judicial District and Branch Court if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE:
BANK OF THE WEST V. RMA LUMBER

| 1283490 | (HEARING) Date | Time | Dept | Case Number<br>CV076469EMC |
|---|---|---|---|---|
| | | | | REFERENCE NO<br>RMA/BOW |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS & COMPLAINT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; ECG REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES U.S DISTRICT COURT, SAN FRANSICO CASE GUIDELINES

ON: ROBIN M. ALLEN, AN INDIVIDUAL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

295 Belmont Lane
Dillwyn     VA     23936
ON   1/9/2008   AT   12:23:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving: Robert L. Hestor   Out Of State Process

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was   $124.90
e. I am:
(1) not a registered California process server:
(3) registered California process server:
(i)
(i) Registration No:  Not A California
(i) County:  Registered Process Server

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1/22/2008

SIGNATURE

PROOF OF SERVICE

EXHIBIT 3

# HOOD & REED
## ATTORNEYS AT LAW
18141 Beach Boulevard, Suite 390
Huntington Beach, California 92648
Tel 714.842.6837 Fax 714.841.6216

January 29, 2008

**Faxed to 800.947.0389
and mailed**

Daniel L. Rutherford, Esq.
571 Front Street
P.O. Box 5
Lovingston, VA 22949

re:  Bank of the West v. RMA Lumber, Inc. and Robin M. Allen
     United States District Court Case No. C 07-06469 EMC

Dear Mr. Rutherford:

As you know, this office represents Bank of the West, the plaintiff in the above referenced action.

I am quite concerned that despite our several conversations, I have not received a settlement offer on behalf of RMA Lumber, Inc. and Robin M. Allen.

Under the Federal Rules of Civil Procedure, the defendants have twenty days from the date of service to file a responsive pleading to the complaint. The due date for that responsive pleading is tomorrow, January 30, 2008.

While Bank of the West would much prefer to resolve this matter in a settled fashion; it, by the same token, must abide by the applicable rules and prosecute this action diligently.

Unless this matter is resolved in the next few days or responsive pleading is filed by next Monday, Bank of the West will request the entry of the defendants' default and proceed to have judgment entered.

Very truly yours,

HOOD & REED

James T. Reed, Jr.

JTR:amc
cc: client
RUTHERFO.01