1  Hood & Reed
   18141 Beach Boulevard, Suite 390
2  Huntington Beach, CA 92648
   Attn:  James T. Reed, Jr. Bar No.  116933
3
4  Telephone No. 714.842.6837
   Attorney for Plaintiff
5  Bank of the West

6                 UNITED STATES DISTRICT COURT

7                NORTHERN DISTRICT OF CALIFORNIA

8
   Bank of the West
9                                    No.  C 07-06469 EMC

10       Plaintiff(s),              **CONSENT TO PROCEED BEFORE A**
                                    **UNITED STATES MAGISTRATE JUDGE**
11       v.
   RMA Lumber Inc. a Virginia corportaion and
12 Robin M. Allen an individual

13       Defendant(s).
                                       /
14

15     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18 proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21 Dated: March 7. 2008

22                                    Signature

23                                    Counsel for   Plaintiff
                                      (Plaintiff, Defendant or indicate "pro se")
24

25

26

27

28