**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                                General Court Number
Clerk                                                                                                                              415.522.2000

March 12, 2008

RE:  CV 07-06469 EMC        BANK OF THE WEST-v- RMA LUMBER INC.

Default is **entered** as to defendants RMA Lumber Inc. and Robin M. Allen on March 12, 2008.

                                                                            RICHARD W. WIEKING, Clerk

                                                                            by: Sheila Rash
                                                                            Case Systems Administrator

NDC TR-4  Rev. 3/89