James T. Reed, Jr.  Bar No. 116933
Hood & Reed
18141 Beach Boulevard, Suite 390
Huntington Beach, California 92648

Telephone No. 714.842.6837

Attorneys for Plaintiff
BANK OF THE WEST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK OF THE WEST, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>RMA LUMBER, INC., a Virginia corporation; ROBIN M. ALLEN, an individual<br><br>Defendants | Case No.: C 07-06469 EMC<br>Assigned to the Honorable Edward M. Chen<br>United States Magistrate Judge<br>Ctrm C, 15th Floor<br><br>**(PROPOSED) ORDER AUTHORIZING DEFAULT JUDGMENT** |

Upon the application of plaintiff Bank of the West and the default being entered as to the defendants RMA Lumber, Inc., a Virginia corporation and Robin M. Allen, an individual, on March 12, 2008 and this Court having jurisdiction over the subject matter of this action under its diversity jurisdiction pursuant to 28 U.S.C. § 1332,

IT IS HEREBY ORDERED that judgment be entered in favor of Bank of the West under its first and fourth claims for relief set forth in its complaint against the defendants RMA Lumber, Inc., a Virginia corporation and Robin M. Allen, both jointly and severally in the principal amount of $496,760.64, late charges of $10,340.20, interest thereon through March 28, 2008 of $21,594.83, which continues to accrue interest thereon at the rate of $102.83 per day,

thereafter until entry of judgment and that the judgment shall include judgment on the third claim for relief for possession of the personal property in which plaintiff Bank of the West holds a security interest under the equipment financing agreement, specifically that certain Peterson 6700B Grinder, serial number 31V-54-1305, CAT 3412, 18" Disc Clutch, IRS Hydraulics.

Dated: March ___, 2008

_____
EDWARD A. CHEN
UNITED STATES MAGISTRATE JUDGE

(JTR:amc)
DEFAULT.ORD