James T. Reed, Jr.  Bar No. 116933
Hood & Reed
18141 Beach Boulevard, Suite 390
Huntington Beach, California 92648

Telephone No. 714.842.6837

Attorneys for Plaintiff
Bank of the West

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK OF THE WEST, a California corporation<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RMA LUMBER, INC., a Virginia corporation; ROBIN M. ALLEN, an individual<br><br>　　　　　　　Defendant | Case No.: C 07-06469 EMC<br>Assigned to the Honorable Edward M. Chen<br>United States Magistrate Judge<br>Ctrm C, 15th Floor<br><br>**DEFAULT JUDGMENT BY COURT** |

Defendants RMA Lumber, Inc., a Virginia corporation, and Robin M. Allen, an individual, each having been regularly served with the summons and complaint and the default of each of the defendants having been duly entered upon application of plaintiff Bank of the West to the Court and this Court having jurisdiction over this matter under its diversity jurisdiction pursuant to 28 U.S.C. § 1332,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff Bank of the West have and recover under its first and fourth claims for relief from defendants RMA Lumber, Inc., a Virginia corporation and Robin M. Allen, jointly and severally, the principal

amount of $496,760.64, late charges of $10,340.20, interest through March 28, 2008 of $21,594.83 which continues to accrue at the rate of $102.83 per day until entry of Judgment.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Bank of the West under its third claim for relief have and recover possession from the defendants RMA Lumber, Inc., a Virginia corporation and Robin M. Allen under its third claim for relief the personal property identified in the equipment finance agreement as follows:

> 1 Peterson 6700B Grinder, S/N 31V-54-1305,
> CAT 3412, 18" Disk Clutch, IRS Hydraulics

    Should plaintiff recover possession of any of the equipment, the money judgment set forth hereinabove shall be credited by the amount of any net proceeds that plaintiff may recover from the disposition of same.

Dated: March ___, 2008

                                                   EDWARD A. CHEN
                                                   UNITED STATES MAGISTRATE JUDGE

(JTR:amc)
JUDGEMENT.DEF