March 25, 2008

**Via UPS Overnight**

Ms. Betty Fong
Clerk to the Honorable Edward M. Chen
United States District Judge
United States District Court, Courtroom C
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102

re: Case Management Conference set for 4/2/08 1:30 p.m. Ctrm C
    Bank of the West v. RMA Lumber, Inc. and Robin M. Allen
    United States District Court Case No. C 07-06469 EMC

Dear Ms. Fong:

I write this letter to request a continuance of the case management conference presently set for April 2, 2008.

I have e-filed the declaration and related papers in support of default judgment and sent the proposed order and judgment to the email address for Judge Chen's proposed orders.  I believe that April 24, 2008 is an available date for this continued hearing, if necessary.

Thank you very much for your attention to this matter.

                                        Very truly yours,

                                        HOOD & REED


                                        James T. Reed, Jr.

JTR:amc
cc: client
CLERK.04