March 25, 2008


**Via UPS Overnight**


Ms. Betty Fong
Clerk to the Honorable Edward M. Chen
United States District Judge
United States District Court, Courtroom C
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102

re:  Case Management Conference set for 4/2/08 1:30 p.m. Ctrm C
     Bank of the West v. RMA Lumber, Inc. and Robin M. Allen
     United States District Court Case No. C 07-06469 EMC

Dear Ms. Fong:


I write this letter to request a continuance of the case management
conference presently set for April 2, 2008.

I have e-filed the declaration and related papers in support of
default judgment and sent the proposed order and judgment to the
email address for Judge Chen's proposed orders.  I believe that April
24, 2008 is an available date for this continued hearing, if
necessary.

Thank you very much for your attention to this matter.


                         Very truly yours,

                         HOOD & REED



                         James T. Reed, Jr.

JTR:amc
cc: client
CLERK.04



IT IS SO ORDER THAT the case management conference set for 4/2/08 at 1:30 p.m. is continued
to 5/28/08 at 1:30 p.m.  A joint case management conference statement shall be filed by 5/21/08.
Plaintiff shall serve a copy of this order upon defendants.