```
 1  HOOD & REED
    18141 Beach Blvd., Suite 390
 2  Huntington Beach, CA  92648-5611
    Attn:  James T. Reed, Jr., Bar No. 116933
 3

 4  (714)  842-6837

 5  Attorneys for Plaintiff
    BANK OF THE WEST
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  BANK OF THE WEST, a California  ) CASE NO. C 07-06469 EMC
    corporation,                    )
13                                  ) Assigned to the
                       Plaintiff,   ) Honorable Edward M. Chen
14                                  ) United States Magistrate Judge
    vs.                             ) Ctrm C, 15th Floor
15                                  )
    RMA LUMBER, INC., a Virginia    )
16  corporation; ROBIN M. ALLEN, an )
    individual                      ) PROOF OF SERVICE
17                                  )
                                    )
18                     Defendants.  )
                                    )
19  _____

20          I am over the age of eighteen years, not a party to this

21  action, and my business address is 18141 Beach Blvd., Suite 390,

22  Huntington Beach, California, 92648.  I am readily familiar with our

23  firm's practice for the collection and processing of correspondence

24  for mailing with the United States Postal Service (USPS) or delivery

25  by overnight messenger.

26          On March 26, 2008, at the above address, I served a copy of

27  the following documents:

28
```

1.  Order continuing Case Management Conference to 5/28/08 1:30 p.m. Ctrm C and Joint case management conference statement filed by 5/21/08.

  I enclosed them in envelopes with postage fully prepaid, and placing the envelopes for collection and mailing on the above date at the above address, following our ordinary business practices, which provides for delivery to the USPS carrier or deposit with the USPS; or, if served by overnight messenger, the envelopes had delivery fees provided for overnight delivery, and were deposited in a box regularly maintained by United Parcel Service.  The envelopes were sent to the following persons:

**SEE THE ATTACHED LIST**

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed on March 26, 2008, at Huntington Beach, California.

_____
Angela M. Corbett

United States District Court-Northern District

San Francisco-Case No. C 07-06469 EMC

BANK OF THE WEST vs. RMA LUMBER, INC.,

a Virginia corporation,

ROBIN M. ALLEN, an individual Defendants.

| | |
|---|---|
| RMA Lumber, Inc.<br>295 Belmont Lane<br>Dillwyn, VA 23936<br><br>(served by Mail) | Defendant |
| Robin Allen<br>295 Belmont Lane<br>Dillwyn, VA 23936<br><br>(served by Mail) | Defendant |

Courtesy copy to:

Daniel L. Rutherford, Esq.
571 Front Street
P.O. Box 5
Lovingston, VA 22949

(served by Mail)