1  HOOD & REED
   18141 Beach Blvd., Suite 390
2  Huntington Beach, CA   92648-5611
   Attn:  James T. Reed, Jr., Bar No. 116933
3

4  (714)  842-6837

5  Attorneys for Plaintiff
   BANK OF THE WEST
6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 BANK OF THE WEST, a California       ) **CASE NO. C 07-06469 EMC**
   corporation,                        )
13                                      ) **Assigned to the**
                        Plaintiff,      ) **Honorable Edward M. Chen**
14                                      ) **United States Magistrate Judge**
   vs.                                  ) **Ctrm C, 15th Floor**
15                                      )
   RMA LUMBER, INC., a Virginia         )
16 corporation; ROBIN M. ALLEN, an      ) **SUPPLEMENTAL DECLARATION OF**
   individual                          ) **MELVIN ARTERBERRY, JR.IN SUPPORT**
17                                      ) **OF DEFAULT JUDGMENT BY COURT**
                                        )
18                      Defendants.     )
   _____)
19

20

21        I, Melvin Arterberry, Jr., declare:

22              **COMPETENCY OF DECLARANT**

23        1.   I am a Vice President of Bank of the West and as such I

24 am one of its custodians of records.   The facts contained in this

25 declaration are known to me to be true based on my personal knowledge

26 and if called to do so I could and would competently testify thereto.

27

28

1        2.   As a custodian of records, I am involved with books,

2 records and files belonging to Bank of the West as they pertain to the

3 equipment finance agreement (the Agreement) with RMA Lumber, Inc.

4 (RMA) and the guaranty of the Agreement by Defendant Robin M. Allen.

5 That agreement and guaranty were entered into by the defendants with

6 Bank of the West's Trinity Division, which provides equipment

7 financing.  In my position I am required to and personally do work on

8 said books, records and files and as a Vice President I am involved in

9 most aspects of this transaction.  As to the following facts, I know

10 them to be true of my own personal knowledge or I have gained such

11 knowledge of those facts from the business records of Bank of the West

12 which were made at or about the time of the events recorded and which

13 are maintained in the ordinary course of Bank of the West's business

14 at or near the time of the acts, conditions or events to which they

15 relate.  Any such document or record was prepared in the ordinary

16 course of business of Bank of the West by a person employed by it who

17 had personal knowledge of the event being recorded and who had a

18 business duty to accurately record such event.  The business records

19 of Bank of the West referred to herein and from which the calculations

20 in this declaration are made, are maintained by the Bank in the

21 ordinary course of its business by persons having a business duty to

22 make entries and record payments as they are received by the Bank and

23 keyed into the Bank's computer system.  The Bank's record keeping

24 system, in addition to showing payments when they are made, also

25 computes late charges when a payment becomes past due and calculates

26 interest on the principal balance due in accordance with the terms of

27 the Agreement.

28

**CALCULATION OF AMOUNTS DUE UNDER EQUIPMENT FINANCING AGREEMENT AND PAYMENTS MADE THEREUNDER.**

3.    Attached as Exhibit 1 is the amortization schedule for the subject Agreement which reflects the schedule and application of payments for this account at the contract rate of 7.9902% per annum over sixty months.  Only fourteen payments were made and the payments due January 1, 2007, and February 1, 2007, were deferred by agreement of the parties.  This is reflected on line items 8 and 9 of Exhibit 1.

4.    Attached as Exhibit 2 is the payment history for this account which reflects all payments received and the application of each payment.  The first page of Exhibit 2 is a summary of all payments and the attached pages show the detail in the payment application and include the returned check for the payment due April 1, 2007.

A.    LATE CHARGES.  Payments are due on the first day of each month and late charges are incurred on the fifth day, thereafter.  The customer was late seven times during the performance of the Agreement through the payment due September 1, 2007, after which no further payments were made.  The late charges are computed under paragraph 6 of the Agreement at ten percent of the amount remaining unpaid five days after the due date.  The unpaid late charges are as follows:

| Late Charge Assessed | Amount Paid | Balance |
|---|---|---|
| 1. 3/6/07    $1,139.02 | $1,000.00 | $139.02 |
| 2. 4/5/07    $1,139.02 | 0 | $1,139.02 |

| | | | |
|---|---|---|---|
| 3. 5/6/07 | $1,089.02 | 0 | $1,089.02 |
| 4. 6/6/07 | $1,139.02 | 0 | $1,139.02 |
| 5. 7/6/07 | $1,139.02 | 0 | $1,139.02 |
| 6. 8/6/07 | $1,139.02 | 0 | $1,139.02 |
| 7. 9/6/07 | $1,139.02 | 0 | <u>$1,139.02</u> |
| | | **Total:** | **$6,923.14** |

The reason for the late charge on May 6, 2007 being in a reduced amount of $1,089.02 was caused by reason of a $500.00 partial payment made on April 30, 2007, and applied to and in reduction of the May 1, 2007 payment.  When the balance of that payment, $10,089.20 was not paid by May 5, 2007, a late charge was incurred of 10% of that amount.

In my original declaration I erroneously included late charges for the months of October, November and December 2007 for a total of $10,340.20 through the date suit was filed.  I understand that it would not be appropriate to add these late charges since the note was accelerated as of the date of default with interest being calculated on the accelerated balance from September 1, 2007.

B.    PRINCIPAL DUE.  The principal due on the obligation due is derived from the amortization schedule attached as Exhibit 1, based on the application of the monthly payments to the principal and interest due under the Agreement.  That sum is $469,760.46 and is found at line 15 of Exhibit 1.  Defendants were not charged additional interest during the months that payments were late.

C.    INTEREST.  Interest is calculated on the principal amount due from September 1, 2007 based on a principal amount of $469,760.46, from line 15 of Exhibit 1, through March 28, 2008 based

1  on the implicit interest rate for the Agreement of 7.9902% per annum.

2  This is based on the repayment of the principal amount of $555,350.00

3  over sixty months at the monthly payment amount of $11,390.23 per

4  month.  A calculation of post-default interest from September 1, 2007

5  is attached on the Exhibit 3 Excel spreadsheet, which I have prepared

6  and reflects interest at $21,594.83 through March 28, 2008 at 7.99%

7  interest.

8         **D.    MISCELLANEOUS ITEMS.**  On five occasions the

9  customer made its payment through an optional telecheck for which the

10 Bank charges a customary fee of $8.00 and these appear as check

11 processing fees on January 1, 2007, April 1, 2007, May 1, 2007, June

12 1, 2007, July 1, 2007, and October 1, 2007.

13        5.    As stated above, the customer was excused from making

14 the payments due January 1, 2007 and February 1, 2007, which payments

15 were added to the end of the obligation, which is why the Exhibit 1

16 amortization schedule reflects a contract term of sixty-two months,

17 rather than sixty months.  No late charges were incurred for this

18 deferral deferment.  A true and correct copy of this agreement is

19 attached as Exhibit 4.

20        6.    Attached hereto as Exhibit 5 is a computer printout of

21 the Bank's Contract Detail with respect to this transaction which

22 reflects, as of December 7, 2007, the total late charges then

23 existing, the four unpaid payments then due prior to acceleration and

24 the balance due of $546,731.04, which includes unearned/unrebated

25 interest.  This figure is only a calculation of the amount remaining

26 to be paid, assuming the contract went to full term and includes

27 unearned interest.  This amount was not used in arriving at the

28

1  balance due and would not be the true balance due.  Based upon the

2  history of the payments on this account, and the terms of the

3  Agreement and my careful review of the calculations provided in the

4  exhibits, the amounts due Bank of the West and principal of

5  $496,760.64, late charges of $6,923.14 interest through March 28,

6  2008, of $21,594.83 with a per diem of $102.83.

7        7.    I have carefully reviewed each of the calculations

8  provided by the Bank's record system and my own calculations and can

9  state the calculations are correct.  To the extent that the Court is

10 concerned that either late charges or interest have not been properly

11 calculated, plaintiff is willing to accept an adjustment of those

12 amounts in favor of the customer up to and including their elimination

13 and their entirety.

14        I declare under penalty of perjury under the laws of the

15 United States of America that the foregoing is true and correct this

16 April 24, 2008 at Walnut Creek, California.

17

18                                        MELVIN ARTERBERRY, JR.
                                          Declarant

19

20
   (JTR:amc)
21 JUDGMENT.DE3

22

23

24

25

26

27

28

```
AMORT.RPT
10/26/2007                                          TRINITY
                                             AMORTIZATION SCHEDULE                                            PAGE    1
                                                OCTOBER 26, 2007
```

CONTRACT NUMBER: 999-0838870-001
RMA LUMBER, INC.

| | | |
|---|---|---|
| GROSS CONT: 683,413.80 | SET-UP INC: 0.00 | |
| EQUIP COST: 555,350.00 | ENDING PYMTS ADVANCE: 0.00 | IRR: 7.9902264% |
| RESIDUAL: 0.00 | CONTRACT TERM: 62 | MANAGEMENT IRR: 7.9902192% |
| IDC: 0.00 | LEASE TYPE: Conditional Sa | INCOME METHOD: Daily Ef/Yld |
| DUE DAY: 1 | DOWN PAYMENT: 0.00 | PAYMENT METHOD: Arrears |

| PERIOD | DATE | CONTRACT BALANCE PLUS RESIDUAL | PAYMENT | PRINCIPAL REPAID | CONTRACT INCOME | DEFERRED INCOME | DEFERRED IDC | MONTH END Principal BALANCE | NET BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/06 | 683,413.80 | | | | 128,063.80 | | 555,350.00 | |
| 2 | 07/06 | 683,413.80 | 0.00 | (3,697.81) | 3,697.81 | 124,365.99 | 0.00 | 559,047.81 | 555,350.00 |
| 3 | 08/06 | 672,023.57 | 11,390.23 | 7,743.64 | 3,646.59 | 120,719.40 | 0.00 | 551,304.17 | 547,657.58 |
| 4 | 09/06 | 660,633.34 | 11,390.23 | 7,795.20 | 3,595.03 | 117,124.37 | 0.00 | 543,508.97 | 539,913.94 |
| 5 | 10/06 | 649,243.11 | 11,390.23 | 7,847.11 | 3,543.12 | 113,581.25 | 0.00 | 535,661.86 | 532,118.74 |
| 6 | 11/06 | 637,852.88 | 11,390.23 | 7,899.36 | 3,490.87 | 110,090.38 | 0.00 | 527,762.50 | 524,271.63 |
| 7 | 12/06 | 626,462.65 | 11,390.23 | 7,951.95 | 3,438.28 | 106,652.10 | 0.00 | 519,810.55 | 516,372.27 |
| | | 615,072.42 | | 8,004.90 | 3,385.33 | 103,266.77 | 0.00 | 511,805.65 | 508,420.32 |
| FISCAL '06 TOTALS: | | 615,072.42 | 68,341.38 | 43,544.35 | 24,797.03 | 103,266.77 | 0.00 | 511,805.65 | 508,420.32 |
| 8 | 01/07 | 615,072.42 | 0.00 | (3,407.87) | 3,407.87 | 99,858.90 | 0.00 | 515,213.52 | 511,805.65 |
| 9 | 02/07 | 615,072.42 | 0.00 | (3,430.56) | 3,430.56 | 96,428.34 | 0.00 | 518,644.08 | 515,213.52 |
| 10 | 03/07 | 603,682.19 | 11,390.23 | 8,012.67 | 3,377.56 | 93,050.78 | 0.00 | 510,631.41 | 507,253.85 |
| 11 | 04/07 | 592,291.96 | 11,390.23 | 8,066.02 | 3,324.21 | 89,726.57 | 0.00 | 502,565.39 | 499,241.18 |
| 12 | 05/07 | 580,901.73 | 11,390.23 | 8,119.73 | 3,270.50 | 86,456.07 | 0.00 | 494,445.66 | 491,175.16 |
| 13 | 06/07 | 569,511.50 | 11,390.23 | 8,173.79 | 3,216.44 | 83,239.63 | 0.00 | 486,271.87 | 483,055.43 |
| 14 | 07/07 | 558,121.27 | 11,390.23 | 8,228.22 | 3,162.01 | 80,077.62 | 0.00 | 478,043.65 | 474,881.64 |
| 15 | 08/07 | 546,731.04 | 11,390.23 | 8,283.01 | 3,107.22 | 76,970.40 | 0.00 | 469,760.64 | 466,653.42 |
| 16 | 09/07 | 535,340.81 | 11,390.23 | 8,338.16 | 3,052.07 | 73,918.33 | 0.00 | 461,422.48 | 458,370.41 |
| 17 | 10/07 | 523,950.58 | 11,390.23 | 8,393.68 | 2,996.55 | 70,921.78 | 0.00 | 453,028.80 | 450,032.25 |
| 18 | 11/07 | 512,560.35 | 11,390.23 | 8,449.57 | 2,940.66 | 67,981.12 | 0.00 | 444,579.23 | 441,638.57 |
| 19 | 12/07 | 501,170.12 | 11,390.23 | 8,505.83 | 2,884.40 | 65,096.72 | 0.00 | 436,073.40 | 433,189.00 |
| FISCAL '07 TOTALS: | | 501,170.12 | 113,902.30 | 75,732.25 | 38,170.05 | 65,096.72 | 0.00 | 436,073.40 | 433,189.00 |
| 20 | 01/08 | 489,779.89 | 11,390.23 | 8,562.47 | 2,827.76 | 62,268.96 | 0.00 | 427,510.93 | 424,683.17 |
| 21 | 02/08 | 478,389.66 | 11,390.23 | 8,619.48 | 2,770.75 | 59,498.21 | 0.00 | 418,891.45 | 416,120.70 |
| 22 | 03/08 | 466,999.43 | 11,390.23 | 8,676.87 | 2,713.36 | 56,784.85 | 0.00 | 410,214.58 | 407,501.22 |
| 23 | 04/08 | 455,609.20 | 11,390.23 | 8,734.65 | 2,655.58 | 54,129.27 | 0.00 | 401,479.93 | 398,824.35 |
| 24 | 05/08 | 444,218.97 | 11,390.23 | 8,792.81 | 2,597.42 | 51,531.85 | 0.00 | 392,687.12 | 390,089.70 |
| 25 | 06/08 | 432,828.74 | 11,390.23 | 8,851.36 | 2,538.87 | 48,992.98 | 0.00 | 383,835.76 | 381,296.89 |
| 26 | 07/08 | 421,438.51 | 11,390.23 | 8,910.29 | 2,479.94 | 46,513.04 | 0.00 | 374,925.47 | 372,445.53 |
| 27 | 08/08 | 410,048.28 | 11,390.23 | 8,969.62 | 2,420.61 | 44,092.43 | 0.00 | 365,955.85 | 363,535.24 |
| 28 | 09/08 | 398,658.05 | 11,390.23 | 9,029.35 | 2,360.88 | 41,731.55 | 0.00 | 356,926.50 | 354,565.62 |
| 29 | 10/08 | 387,267.82 | 11,390.23 | 9,089.47 | 2,300.76 | 39,430.79 | 0.00 | 347,837.03 | 345,536.27 |
| 30 | 11/08 | 375,877.59 | 11,390.23 | 9,149.99 | 2,240.24 | 37,190.55 | 0.00 | 338,687.04 | 336,446.80 |
| 31 | 12/08 | 364,487.36 | 11,390.23 | 9,210.92 | 2,179.31 | 35,011.24 | 0.00 | 329,476.12 | 327,296.81 |

# EXHIBIT 1

```
AMORT.RPT                                    TRINITY                                              PAGE    2
10/26/2007                            AMORTIZATION SCHEDULE
                                         OCTOBER 26, 2007

CONTRACT NUMBER: 999-0838870-001
RMA LUMBER, INC.

GROSS CONT:      683,413.80           SET-UP INC:         0.00                          IRR:      7.9902264%
EQUIP COST:      555,350.00    ENDING PYMTS ADVANCE:      0.00               MANAGEMENT IRR:       7.9902192%
  RESIDUAL:           0.00           CONTRACT TERM:        62                INCOME METHOD:     Daily Ef/Yld
       IOC:           0.00             LEASE TYPE: Conditional Sa            PAYMENT METHOD:          Arrears
  DUE DAY:              1            DOWN PAYMENT:         0.00
              CONTRACT BALANCE              PRINCIPAL     CONTRACT     DEFERRED     DEFERRED    MONTH END      NET
PERIOD  DATE  PLUS RESIDUAL    PAYMENT      REPAID        INCOME       INCOME       IOC         BALANCE        BALANCE
```

| PERIOD | DATE | CONTRACT BALANCE PLUS RESIDUAL | PAYMENT | PRINCIPAL REPAID | CONTRACT INCOME | DEFERRED INCOME | DEFERRED IOC | MONTH END BALANCE | NET BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| FISCAL '08 TOTALS: | | 364,487.36 | | 106,597.28 | | 35,011.24 | | 329,476.12 | |
| | | | 136,682.76 | | 30,085.48 | | 0.00 | | 327,296.81 |
| 32 | 01/09 | 353,097.13 | 11,390.23 | 9,272.25 | 2,117.98 | 32,893.26 | 0.00 | 320,203.87 | 318,085.89 |
| 33 | 02/09 | 341,706.90 | 11,390.23 | 9,333.99 | 2,056.24 | 30,837.02 | 0.00 | 310,869.88 | 308,813.64 |
| 34 | 03/09 | 330,316.67 | 11,390.23 | 9,396.14 | 1,994.09 | 28,842.93 | 0.00 | 301,473.74 | 299,479.65 |
| 35 | 04/09 | 318,926.44 | 11,390.23 | 9,458.70 | 1,931.53 | 26,911.40 | 0.00 | 292,015.04 | 290,083.51 |
| 36 | 05/09 | 307,536.21 | 11,390.23 | 9,521.68 | 1,868.55 | 25,042.85 | 0.00 | 282,493.36 | 280,624.81 |
| 37 | 06/09 | 296,145.98 | 11,390.23 | 9,585.08 | 1,805.15 | 23,237.70 | 0.00 | 272,908.28 | 271,103.13 |
| 38 | 07/09 | 284,755.75 | 11,390.23 | 9,648.91 | 1,741.32 | 21,496.38 | 0.00 | 263,259.37 | 261,518.05 |
| 39 | 08/09 | 273,365.52 | 11,390.23 | 9,713.15 | 1,677.08 | 19,819.30 | 0.00 | 253,546.22 | 251,869.14 |
| 40 | 09/09 | 261,975.29 | 11,390.23 | 9,777.83 | 1,612.40 | 18,206.90 | 0.00 | 243,768.39 | 242,155.99 |
| 41 | 10/09 | 250,585.06 | 11,390.23 | 9,842.93 | 1,547.30 | 16,659.60 | 0.00 | 233,925.46 | 232,378.16 |
| 42 | 11/09 | 239,194.83 | 11,390.23 | 9,908.47 | 1,481.76 | 15,177.84 | 0.00 | 224,016.99 | 222,535.23 |
| 43 | 12/09 | 227,804.60 | 11,390.23 | 9,974.45 | 1,415.78 | 13,762.06 | 0.00 | 214,042.54 | 212,626.76 |
| FISCAL '09 TOTALS: | | 227,804.60 | | 115,433.58 | | 13,762.06 | | 214,042.54 | |
| | | | 136,682.76 | | 21,249.18 | | 0.00 | | 212,626.76 |
| 44 | 01/10 | 216,414.37 | 11,390.23 | 10,040.87 | 1,349.36 | 12,412.70 | 0.00 | 204,001.67 | 202,652.31 |
| 45 | 02/10 | 205,024.14 | 11,390.23 | 10,107.72 | 1,282.51 | 11,130.19 | 0.00 | 193,893.95 | 192,611.44 |
| 46 | 03/10 | 193,633.91 | 11,390.23 | 10,175.02 | 1,215.21 | 9,914.98 | 0.00 | 183,718.93 | 182,503.72 |
| 47 | 04/10 | 182,243.68 | 11,390.23 | 10,242.78 | 1,147.45 | 8,767.53 | 0.00 | 173,476.15 | 172,328.70 |
| 48 | 05/10 | 170,853.45 | 11,390.23 | 10,310.98 | 1,079.25 | 7,688.28 | 0.00 | 163,165.17 | 162,085.92 |
| 49 | 06/10 | 159,463.22 | 11,390.23 | 10,379.63 | 1,010.60 | 6,677.68 | 0.00 | 152,785.54 | 151,774.94 |
| 50 | 07/10 | 148,072.99 | 11,390.23 | 10,448.75 | 941.48 | 5,736.20 | 0.00 | 142,336.79 | 141,395.31 |
| 51 | 08/10 | 136,682.76 | 11,390.23 | 10,518.32 | 871.91 | 4,864.29 | 0.00 | 131,818.47 | 130,946.56 |
| 52 | 09/10 | 125,292.53 | 11,390.23 | 10,588.36 | 801.87 | 4,062.42 | 0.00 | 121,230.11 | 120,428.24 |
| 53 | 10/10 | 113,902.30 | 11,390.23 | 10,658.86 | 731.37 | 3,331.05 | 0.00 | 110,571.25 | 109,839.88 |
| 54 | 11/10 | 102,512.07 | 11,390.23 | 10,729.83 | 660.40 | 2,670.65 | 0.00 | 99,841.42 | 99,181.02 |
| 55 | 12/10 | 91,121.84 | 11,390.23 | 10,801.28 | 588.95 | 2,081.70 | 0.00 | 89,040.14 | 88,451.19 |
| FISCAL '10 TOTALS: | | 91,121.84 | | 125,002.40 | | 2,081.70 | | 89,040.14 | |
| | | | 136,682.76 | | 11,680.36 | | 0.00 | | 88,451.19 |
| 56 | 01/11 | 79,731.61 | 11,390.23 | 10,873.20 | 517.03 | 1,564.67 | 0.00 | 78,166.94 | 77,649.91 |
| 57 | 02/11 | 68,341.38 | 11,390.23 | 10,945.60 | 444.63 | 1,120.04 | 0.00 | 67,221.34 | 66,776.71 |
| 58 | 03/11 | 56,951.15 | 11,390.23 | 11,018.48 | 371.75 | 748.29 | 0.00 | 56,202.86 | 55,831.11 |

```
AMORT.RPT                                      TRINITY                                                    PAGE    3
10/26/2007                               AMORTIZATION SCHEDULE
                                            OCTOBER 26, 2007
```

CONTRACT NUMBER: 999-0838870-001
RMA LUMBER, INC.

```
GROSS CONT:      683,413.80
EQUIP COST:      555,350.00                    SET-UP INC:        0.00                             IRR:     7.9902264%
RESIDUAL:            0.00         ENDING PYMTS ADVANCE:           0.00                MANAGEMENT IRR:        7.9902192%
     IDC:            0.00               CONTRACT TERM:              62                INCOME METHOD:        Daily Ef/Yld
DUE DAY:               1                 LEASE TYPE: Conditional Sa                  PAYMENT METHOD:           Arrears
                                       DOWN PAYMENT:              0.00
                CONTRACT BALANCE             PRINCIPAL    CONTRACT   DEFERRED      DEFERRED    MONTH END           NET
PERIOD  DATE    PLUS RESIDUAL    PAYMENT      REPAID       INCOME     INCOME          IDC       BALANCE       BALANCE
......  ....    ...............  .......    ..........   ........   ........      ........    .........       .......
```

| PERIOD | DATE | CONTRACT BALANCE PLUS RESIDUAL | PAYMENT | PRINCIPAL REPAID | CONTRACT INCOME | DEFERRED INCOME | DEFERRED IDC | MONTH END BALANCE | NET BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 59 | 04/11 | 45,560.92 | 11,390.23 | 11,091.84 | 298.39 | 449.90 | 0.00 | 45,111.02 | 44,812.63 |
| 60 | 05/11 | 34,170.69 | 11,390.23 | 11,165.70 | 224.53 | 225.37 | 0.00 | 33,945.32 | 33,720.79 |
| 61 | 06/11 | 22,780.46 | 11,390.23 | 11,240.05 | 150.18 | 75.19 | 0.00 | 22,705.27 | 22,555.09 |
| 62 | 07/11 | 11,390.23 | 11,390.23 | 11,315.04 | 75.19 | 0.00 | 0.00 | 11,390.23 | 11,315.04 |
| 63 | 08/11 | 0.00 | 11,390.23 | 11,390.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

```
FISCAL '11 TOTALS:       0.00
                                      91,121.84      89,040.14                  0.00            0.00
                                                                 2,081.70                                       0.00
                                                                               0.00           0.00
CONTRACT TOTALS:

                                     683,413.80     555,350.00

                                                               128,063.80
```

```
CMAINT.11                    Lease Contract Inquiry                    04/23/2008
                             Payment History Inquiry
Contract. 999-0638870-001    RMA LUMBER, INC.

       Trans    Type   Check/Memo Date Due  Date Rcvd   Amount Rcvd      Tot Rental
0001)  1433856  Over   23184      08/01/07  09/28/07     11,398.23        11,390.23
0002)  1419148  Over   23027      07/01/07  08/31/07     11,390.23        11,390.23
0003)  1392589  Over   22787      06/01/07  07/13/07     11,898.23        11,390.23
0004)  1367427  Over   22351      05/01/07  05/24/07     12,537.25        11,390.23
0005)  1367340  Over   22066      04/01/07  05/23/07     11,898.23        11,390.23
0006)  1367339  Corrt  22066      04/01/07  04/30/07    -11,898.23       -11,890.23
0007)  1355380  Over   22066      04/01/07  04/30/07     11,898.23        11,898.23
0008)  1340415  Over   21825      03/01/07  03/30/07     12,537.25        11,390.23
0009)  1307346  Over   21385      12/01/06  01/25/07          8.00             8.00
0010)  1284972  Over   21180      12/01/06  12/12/06     11,390.23        11,382.23
0011)  1266275  Over   ACH        11/01/06  11/01/06     11,390.23        11,390.23
0012)  1250742  Over   ACH        10/01/06  10/01/06     11,390.23        11,390.23
0013)  1236230  Over   ACH        09/01/06  09/01/06     11,390.23        11,390.23
0014)  1221930  Over   ACH        08/01/06  08/01/06     11,390.23        11,390.23
0015)  1207280  Over   ACH        07/01/06  07/01/06     11,390.23        11,390.23
0016)  1194644  Over   DLR RTND   06/01/06  06/06/06        250.00
Selection                                                             More...
```

**EXHIBIT 2**

```
CMAINT.11A                    Lease Contract Inquiry                      04/23/2008
                         Payment History Detail Inquiry
Contract. 999-0838870-001                           RMA LUMBER, INC.


     Trans Num... 1433856              Posting Date 09/28/07
     Payment Type Override            Payment Memo 23184
                                      Pymt Method.  2 Check
     Date Due.... 08/01/07            Reference No 23184
     Date Rcvd... 09/28/07            Batch Number 0144
     Amt Rcvd....    11,398.23    24* Check Details
     Misc Rcvd...         8.00        GL Code.....
 10* Rental          11,390.23        Adjust Code.
 11* Rental Taxes                 27* Misc Invd Data
 12* Late Charge                  28* Open Item Data
     Interest....                     Prin/Int Data
     Tot Discount                     Gain Loss GL Code
     Net Fund GL Code                 Receipt History
     User Id..... GALANA01            Tax Invoice History
     Transfer To                  33* Deposit History
     Trans From..                 34* Addl Pymt Hist


Selection
```

```
CMAINT.11A                    Lease Contract Inquiry              04/23/2008
                        Payment History Detail Inquiry
    Contract. 999-0838870-001                    RMA LUMBER, INC.

        Trans Num... 1419149           Posting Date 08/31/07
        Payment Type Override          Payment Memo 23027
                                       Pymt Method.  2 Check
        Date Due.... 07/01/07          Reference No 23027
        Date Rcvd... 08/31/07          Batch Number 0144
        Amt Rcvd....      11,390.23  24* Check Details
        Misc Rcvd...                     GL Code.....
    10* Rental             11,390.23     Adjust Code.
    11* Rental Taxes                  27* Misc Invd Data
    12* Late Charge                   28* Open Item Data
        Interest....                     Prin/Int Data
        Tot Discount                     Gain Loss GL Code
        Net Fund GL Code                 Receipt History
        User Id..... GALANA01            Tax Invoice History
        Transfer To                   33* Deposit History
        Trans From..                  34* Addl Pymt Hist

    Selection
```

```
CMAINT.11A                    Lease Contract Inquiry                    04/23/2008
                          Payment History Detail Inquiry
   Contract. 999-0838870-001                        RMA LUMBER, INC.

        Trans Num... 1392589            Posting Date 07/13/07
        Payment Type Override           Payment Memo 22787
                                        Pymt Method.  2 Check
        Date Due.... 06/01/07           Reference No 22787
        Date Rcvd... 07/13/07           Batch Number 0144
        Amt Rcvd....    11,898.23  24*  Check Details
        Misc Rcvd...         8.00       GL Code.....
    10* Rental          11,390.23       Adjust Code.
    11* Rental Taxes                27* Misc Invd Data
    12* Late Charge        500.00   28* Open Item Data
        Interest....                    Prin/Int Data
        Tot Discount                    Gain Loss GL Code
        Net Fund GL Code                Receipt History
        User Id..... GALANA01           Tax Invoice History
        Transfer To                 33* Deposit History
        Trans From..                34* Addl Pymt Hist

   Selection
```

```
CMAINT.11A                 Lease Contract Inquiry                04/23/2008
                         Payment History Detail Inquiry
   Contract. 999-0938870-001                    RMA LUMBER, INC.

       Trans Num... 1367427          Posting Date 05/24/07
       Payment Type Override         Payment Memo 22351
                                     Pymt Method.  2 Check
       Date Due.... 05/01/07         Reference No 22351
       Date Rcvd... 05/24/07         Batch Number 0144
       Amt Rcvd....    12,537.25  24* Check Details
       Misc Rcvd...         8.00     GL Code.....
   10* Rental          11,390.23     Adjust Code.
   11* Rental Taxes               27* Misc Invd Data
   12* Late Charge       1,139.02  28* Open Item Data
       Interest....                  Prin/Int Data
       Tot Discount                  Gain Loss GL Code
       Net Fund GL Code              Receipt History
       User Id..... GALANA01         Tax Invoice History
       Transfer To                33* Deposit History
       Trans From..               34* Addl Pymt Hist

   Selection
```

```
CMAINT.11A                   Lease Contract Inquiry                    04/23/2008
                         Payment History Detail Inquiry
    Contract. 999-0838870-001                        RMA LUMBER, INC.


         Trans Num... 1367340           Posting Date 05/23/07
         Payment Type Override          Payment Memo 22066
                                        Pymt Method.  2 Check
         Date Due.... 04/01/07          Reference No 22066
         Date Rcvd... 05/23/07          Batch Number 0144
         Amt Rcvd....     11,899.23  24* Check Details
         Misc Rcvd...          8.00      GL Code.....
    10*  Rental           11,390.23      Adjust Code.
    11*  Rental Taxes                 27* Misc Invd Data
    12*  Late Charge         500.00   28* Open Item Data
         Interest....                     Prin/Int Data
         Tot Discount                     Gain Loss GL Code
         Net Fund GL Code                 Receipt History
         User Id..... GALANA01            Tax Invoice History
         Transfer To                   33* Deposit History
         Trans From..                  34* Addl Pymt Hist


    Selection
```

```
CMAINT.11A                Lease Contract Inquiry                    04/23/2008
                       Payment History Detail Inquiry
    Contract. 999-0838870-001                  RMA LUMBER, INC.

        Trans Num... 1367339            Posting Date 05/23/07
        Payment Type Correcting         Payment Memo 22066
                                        Pymt Method.  2 Check
        Date Due.... 04/01/07           Reference No 22066
        Date Rcvd... 04/30/07           Batch Number 0144
        Amt Rcvd....     -11,898.23  24* Check Details
        Misc Rcvd...          -8.00     GL Code.....
    10* Rental           -11,890.23     Adjust Code.
    11* Rental Taxes                 27* Misc Invd Data
    12* Late Charge                  28* Open Item Data
        Interest....                     Prin/Int Data
        Tot Discount                     Gain Loss GL Code
        Net Fund GL Code                 Receipt History
        User Id..... GALANA01            Tax Invoice History
        Transfer To                   33* Deposit History
        Trans From..                  34* Addl Pymt Hist

    Selection
```

```
CMAINT.11A                    Lease Contract Inquiry                    04/23/2008
                         Payment History Detail Inquiry
Contract. 999-0938870-001                          RMA LUMBER, INC.

        Trans Num... 1355380           Posting Date 04/30/07
        Payment Type Override          Payment Memo 22066
                                       Pymt Method.  2 Check
        Date Due.... 04/01/07          Reference No 22066
        Date Rcvd... 04/30/07          Batch Number 0144
        Amt Rcvd....     11,898.23  24* Check Details
        Misc Rcvd...         8.00      GL Code.....
10* Rental             11,890.23      Adjust Code.
11* Rental Taxes                   27* Misc Invd Data
12* Late Charge                    28* Open Item Data
        Interest....                   Prin/Int Data
        Tot Discount                   Gain Loss GL Code
        Net Fund GL Code               Receipt History
        User Id..... GALANA01          Tax Invoice History
        Transfer To                33* Deposit History
        Trans From..               34* Addl Pymt Hist

Selection
```

```
CMAINT.11A                    Lease Contract Inquiry                      04/23/2008
                         Payment History Detail Inquiry
    Contract. 999-0838870-001
                                                          RMA LUMBER, INC.

        Trans Num... 1340415               Posting Date 03/30/07
        Payment Type Override             Payment Memo 21825
                                          Pymt Method.  2 Check
        Date Due.... 03/01/07             Reference No 21825
        Date Rcvd... 03/30/07             Batch Number 0144
        Amt Rcvd....     12,537.25    24* Check Details
        Misc Rcvd...          0.00        GL Code.....
    10* Rental           11,390.23        Adjust Code.
    11* Rental Taxes                  27* Misc Invd Data
    12* Late Charge        1,139.02   28* Open Item Data
        Interest....                      Prin/Int Data
        Tot Discount                      Gain Loss GL Code
        Net Fund GL Code                  Receipt History
        User Id..... GALANG               Tax Invoice History
        Transfer To                   33* Deposit History
        Trans From..                  34* Addl Pymt Hist

    Selection
```

```
CMAINT.11A                    Lease Contract Inquiry                    04/23/2008
                        Payment History Detail Inquiry
    Contract. 999-0838870-001                          RMA LUMBER, INC.

        Trans Num... 1307346          Posting Date 01/25/07
        Payment Type Override         Payment Memo 21385
                                      Pymt Method.  2 Check
        Date Due.... 12/01/06         Reference No 21365
        Date Rcvd... 01/25/07         Batch Number 0144
        Amt Rcvd....          8.00  24* Check Details
        Misc Rcvd...                    GL Code.....
10*  Rental                   8.00     Adjust Code.
11*  Rental Taxes                   27* Misc Invd Data
12*  Late Charge                    28* Open Item Data
     Interest....                      Prin/Int Data
     Tot Discount                      Gain Loss GL Code
     Net Fund GL Code                  Receipt History
     User Id..... GALANG               Tax Invoice History
     Transfer To                    33* Deposit History
     Trans From..                   34* Addl Pymt Hist

Selection
```

```
CMAINT.11A                  Lease Contract Inquiry                    04/23/2008
                        Payment History Detail Inquiry
       Contract. 999-0838870-001                        RMA LUMBER, INC.

           Trans Num... 1284972            Posting Date 12/12/06
           Payment Type Override           Payment Memo 21180
                                           Pymt Method. 2 Check
           Date Due.... 12/01/06           Reference No 21180
           Date Rcvd... 12/12/06           Batch Number 0144
           Amt Rcvd....      11,390.23   24* Check Details
           Misc Rcvd...           8.00      GL Code.....
       10* Rental            11,382.23      Adjust Code.
       11* Rental Taxes                   27* Misc Invd Data
       12* Late Charge                    28* Open Item Data
           Interest....                      Prin/Int Data
           Tot Discount                      Gain Loss GL Code
           Net Fund GL Code                  Receipt History
           User Id..... GALANG               Tax Invoice History
           Transfer To                    33* Deposit History
           Trans From..                   34* Addl Pymt Hist

       Selection
```

```
CMAINT.11A                   Lease Contract Inquiry
                         Payment History Detail Inquiry              04/23/2008
   Contract. 999-0835870-001
                                             RMA LUMBER, INC.

       Trans Num... 1266275              Posting Date 11/02/06
       Payment Type Override             Payment Memo ACH
                                         Pymt Method.  7 ACH Payment
       Date Due.... 11/01/06             Reference No
       Date Rcvd... 11/01/06             Batch Number 8031
       Amt Rcvd....      11,390.23    24* Check Details
       Misc Rcvd...                      GL Code.....
   10* Rental            11,390.23       Adjust Code.
   11* Rental Taxes                   27* Misc Invd Data
   12* Late Charge                    28* Open Item Data
       Interest....                      Prin/Int Data
       Tot Discount                      Gain Loss GL Code
       Net Fund GL Code                  Receipt History
       User Id..... VILLA                Tax Invoice History
       Transfer To                   33* Deposit History
       Trans From..                  34* Addl Pymt Hist

   Selection
```

```
CMAINT.11A                    Lease Contract Inquiry                    04/23/2008
                          Payment History Detail Inquiry
Contract. 999-0838870-001                           RMA LUMBER, INC.

        Trans Num... 1250742              Posting Date 10/03/06
        Payment Type Override             Payment Memo ACH
                                          Pymt Method.  7 ACH Payment
        Date Due.... 10/01/06             Reference No
        Date Rcvd... 10/01/06             Batch Number 6029
        Amt Rcvd....     11,390.23    24* Check Details
        Misc Rcvd...                      GL Code.....
10* Rental               11,390.23        Adjust Code.
11* Rental Taxes                      27* Misc Invd Data
12* Late Charge                       28* Open Item Data
        Interest....                      Prin/Int Data
        Tot Discount                      Gain Loss GL Code
        Net Fund GL Code                  Receipt History
        User Id..... VILLA                Tax Invoice History
        Transfer To                   33* Deposit History
        Trans From..                  34* Addl Pymt Hist


Selection
```

```
CMAINT.11A                  Lease Contract Inquiry              04/23/2008
                        Payment History Detail Inquiry
Contract. 999-0838670-001                      RMA LUMBER, INC.

      Trans Num... 1236230              Posting Date 09/05/06
      Payment Type Override             Payment Memo ACH
                                        Pymt Method.  7 ACH Payment
      Date Due.... 09/01/06             Reference No
      Date Rcvd... 09/01/06             Batch Number 8026
      Amt Rcvd....      11,390.23   24* Check Details
      Misc Rcvd...                      GL Code.....
10*   Rental            11,390.23       Adjust Code.
11*   Rental Taxes                  27* Misc Invd Data
12*   Late Charge                   28* Open Item Data
      Interest....                      Prin/Int Data
      Tot Discount                      Gain Loss GL Code
      Net Fund GL Code                  Receipt History
      User Id..... VILLA                Tax Invoice History
      Transfer To                   33* Deposit History
      Trans From..                  34* Addl Pymt Hist

Selection
```

```
CMAINT.11A                    Lease Contract Inquiry                  04/23/2008
                          Payment History Detail Inquiry
      Contract. 999-0338870-001                      RMA LUMBER, INC.

         Trans Num... 1221930            Posting Date 08/02/06
         Payment Type Override           Payment Memo ACH
                                         Pymt Method.  7 ACH Payment
         Date Due.... 08/01/06           Reference No
         Date Rcvd... 08/01/06           Batch Number 8025
         Amt Rcvd....     11,390.23   24* Check Details
         Misc Rcvd...                     GL Code.....
     10* Rental           11,390.23      Adjust Code.
     11* Rental Taxes                 27* Misc Invd Data
     12* Late Charge                  28* Open Item Data
         Interest....                     Prin/Int Data
         Tot Discount                     Gain Loss GL Code
         Net Fund GL Code                 Receipt History
         User Id..... VILLA               Tax Invoice History
         Transfer To                  33* Deposit History
         Trans From..                 34* Addl Pymt Hist


     Selection
```

```
CMAINT.11A                 Lease Contract Inquiry                04/23/2008
                       Payment History Detail Inquiry
   Contract. 999-0838870-001                     RMA LUMBER, INC.

       Trans Num... 1207230           Posting Date 07/05/06
       Payment Type Override          Payment Memo ACH
                                      Pymt Method.  7 ACH Payment
       Date Due.... 07/01/06          Reference No
       Date Rcvd... 07/01/06          Batch Number 8026
       Amt Rcvd....      11,390.23  24* Check Details
       Misc Rcvd...                    GL Code.....
  10* Rental              11,390.23    Adjust Code.
  11* Rental Taxes                   27* Misc Invd Data
  12* Late Charge                    28* Open Item Data
       Interest....                    Prin/Int Data
       Tot Discount                    Gain Loss GL Code
       Net Fund GL Code                Receipt History
       User Id..... VILLA              Tax Invoice History
       Transfer To                   33* Deposit History
       Trans From..                  34* Addl Pymt Hist

  Selection
```

```
CMAINT.11A                    Lease Contract Inquiry                    04/23/2008
                          Payment History Detail Inquiry
Contract. 999-0838870-001                            RMA LUMBER, INC.

      Trans Num... 1194644            Posting Date 06/06/06
      Payment Type Override           Payment Memo DLR RTND
                                      Pymt Method.  2 Check
      Date Due.... 06/01/06           Reference No DLR RTND
      Date Rcvd... 06/06/06           Batch Number 0233
      Amt Rcvd....        250.00   24* Check Details
      Misc Rcvd...        250.00      GL Code.....
10* Rental                            Adjust Code.
11* Rental Taxes                   27* Misc Invd Data
12* Late Charge                    28* Open Item Data
      Interest....                    Prin/Int Data
      Tot Discount                    Gain Loss GL Code
      Net Fund GL Code                Receipt History
      User Id..... LACANLAL           Tax Invoice History
      Transfer To                  33* Deposit History
      Trans From..                 34* Addl Pymt Hist


Selection
```

RMA Lumber, Inc.
Lease No:    999-0838870-001
Note No.
RATE:    7.99%

| DATE | PAYMENT | INTEREST | PAID TO | DISBURSED/ ADVANCE | PRINCIPAL PAYDOWN | BALANCE | RATE | ACCR | # DAYS | INT. DUE | ACCRUED INTEREST |
|------|---------|----------|---------|--------------------|-------------------|---------|------|------|--------|----------|------------------|
| 31-Aug-07 | | | | $0.00 | $0.00 | $469,760.64 | 7.99% | | | | $0.00 |
| 01-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $102.83 |
| 02-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $205.67 |
| 03-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $308.50 |
| 04-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $411.33 |
| 05-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $514.16 |
| 06-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $617.00 |
| 07-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $719.83 |
| 08-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $822.66 |
| 09-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $925.49 |
| 10-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $1,028.33 |
| 11-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $1,131.16 |
| 12-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $1,233.99 |
| 13-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $1,336.82 |
| 14-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $1,439.66 |
| 15-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $1,542.49 |
| 16-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $1,645.32 |
| 17-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $1,748.15 |
| 18-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $1,850.99 |
| 19-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $1,953.82 |
| 20-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $2,056.65 |
| 21-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $2,159.48 |
| 22-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $2,262.32 |
| 23-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $2,365.15 |
| 24-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $2,467.98 |
| 25-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $2,570.81 |
| 26-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $2,673.65 |
| 27-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $2,776.48 |
| 28-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $2,879.31 |
| 29-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $2,982.14 |
| 30-Sep-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $3,084.98 |
| 01-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $3,187.81 |
| 02-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $3,290.64 |
| 03-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $3,393.47 |
| 04-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $3,496.31 |
| 05-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $3,599.14 |
| 06-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $3,701.97 |
| 07-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $3,804.80 |
| 08-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $3,907.64 |
| 09-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $4,010.47 |
| 10-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $4,113.30 |
| 11-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $4,216.13 |
| 12-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $4,318.97 |
| 13-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $4,421.80 |
| 14-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $4,524.63 |
| 15-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $4,627.46 |
| 16-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $4,730.30 |
| 17-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $4,833.13 |
| 18-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $4,935.96 |
| 19-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $5,038.79 |
| 20-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $5,141.63 |
| 21-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $5,244.46 |
| 22-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $5,347.29 |
| 23-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $5,450.12 |
| 24-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $5,552.96 |
| 25-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $5,655.79 |
| 26-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $5,758.62 |
| 27-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $5,861.45 |
| 28-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $5,964.29 |
| 29-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $6,067.12 |
| 30-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $6,169.95 |
| 31-Oct-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $6,272.78 |

EXHIBIT 3

| DATE | PAYMENT | INTEREST | PAID TO | DISBURSED/ ADVANCE | PRINCIPAL PAYDOWN | BALANCE | RATE | ACCR DAYS | # INT. DUE | ACCRUED INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|
| 01-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $6,375.62 |
| 02-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $6,478.45 |
| 03-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $6,581.28 |
| 04-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $6,684.11 |
| 05-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $6,786.95 |
| 06-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $6,889.78 |
| 07-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $6,992.61 |
| 08-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $7,095.44 |
| 09-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $7,198.28 |
| 10-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $7,301.11 |
| 11-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $7,403.94 |
| 12-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $7,506.78 |
| 13-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $7,609.61 |
| 14-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $7,712.44 |
| 15-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $7,815.27 |
| 16-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $7,918.11 |
| 17-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $8,020.94 |
| 18-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $8,123.77 |
| 19-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $8,226.60 |
| 20-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $8,329.44 |
| 21-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $8,432.27 |
| 22-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $8,535.10 |
| 23-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $8,637.93 |
| 24-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $8,740.77 |
| 25-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $8,843.60 |
| 26-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $8,946.43 |
| 27-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $9,049.26 |
| 28-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $9,152.10 |
| 29-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $9,254.93 |
| 30-Nov-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $9,357.76 |
| 01-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $9,460.59 |
| 02-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $9,563.43 |
| 03-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $9,666.26 |
| 04-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $9,769.09 |
| 05-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $9,871.92 |
| 06-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $9,974.76 |
| 07-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $10,077.59 |
| 08-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $10,180.42 |
| 09-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $10,283.25 |
| 10-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $10,386.09 |
| 11-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $10,488.92 |
| 12-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $10,591.75 |
| 13-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $10,694.58 |
| 14-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $10,797.42 |
| 15-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $10,900.25 |
| 16-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $11,003.08 |
| 17-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $11,105.91 |
| 18-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $11,208.75 |
| 19-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $11,311.58 |
| 20-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $11,414.41 |
| 21-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $11,517.24 |
| 22-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $11,620.08 |
| 23-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $11,722.91 |
| 24-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $11,825.74 |
| 25-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $11,928.57 |
| 26-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $12,031.41 |
| 27-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $12,134.24 |
| 28-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $12,237.07 |
| 29-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $12,339.90 |
| 30-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $12,442.74 |
| 31-Dec-07 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $12,545.57 |
| 01-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $12,648.40 |
| 02-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $12,751.23 |
| 03-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $12,854.07 |

| DATE | PAYMENT | INTEREST | PAID TO | DISBURSED/ ADVANCE | PRINCIPAL PAYDOWN | BALANCE | RATE | ACCR. | # DAYS | INT. DUE | ACCRUED INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $12,956.90 |
| 05-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $13,059.73 |
| 06-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $13,162.56 |
| 07-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $13,265.40 |
| 08-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $13,368.23 |
| 09-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $13,471.06 |
| 10-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $13,573.89 |
| 11-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $13,676.73 |
| 12-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $13,779.56 |
| 13-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $13,882.39 |
| 14-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $13,985.22 |
| 15-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $14,088.06 |
| 16-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $14,190.89 |
| 17-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $14,293.72 |
| 18-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $14,396.55 |
| 19-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $14,499.39 |
| 20-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $14,602.22 |
| 21-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $14,705.05 |
| 22-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $14,807.88 |
| 23-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $14,910.72 |
| 24-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $15,013.55 |
| 25-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $15,116.38 |
| 26-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $15,219.22 |
| 27-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $15,322.05 |
| 28-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $15,424.88 |
| 29-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $15,527.71 |
| 30-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $15,630.55 |
| 31-Jan-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $15,733.38 |
| 01-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $15,836.21 |
| 02-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $15,939.04 |
| 03-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $16,041.88 |
| 04-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $16,144.71 |
| 05-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $16,247.54 |
| 06-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $16,350.37 |
| 07-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $16,453.21 |
| 08-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $16,556.04 |
| 09-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $16,658.87 |
| 10-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $16,761.70 |
| 11-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $16,864.54 |
| 12-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $16,967.37 |
| 13-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $17,070.20 |
| 14-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $17,173.03 |
| 15-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $17,275.87 |
| 16-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $17,378.70 |
| 17-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $17,481.53 |
| 18-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $17,584.36 |
| 19-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $17,687.20 |
| 20-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $17,790.03 |
| 21-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $17,892.86 |
| 22-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $17,995.69 |
| 23-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $18,098.53 |
| 24-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $18,201.36 |
| 25-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $18,304.19 |
| 26-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $18,407.02 |
| 27-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $18,509.86 |
| 28-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $18,612.69 |
| 29-Feb-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $18,715.52 |
| 01-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $18,818.35 |
| 02-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $18,921.19 |
| 03-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $19,024.02 |
| 04-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $19,126.85 |
| 05-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $19,229.68 |
| 06-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $19,332.52 |
| 07-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $19,435.35 |

| DATE | PAYMENT | INTEREST | PAID TO | DISBURSED/ ADVANCE | PRINCIPAL PAYDOWN | BALANCE | RATE | ACCR | # DAYS | INT DUE | ACCRUED INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $19,538.18 |
| 09-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $19,641.01 |
| 10-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $19,743.85 |
| 11-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $19,846.68 |
| 12-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $19,949.51 |
| 13-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $20,052.34 |
| 14-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $20,155.18 |
| 15-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $20,258.01 |
| 16-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $20,360.84 |
| 17-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $20,463.67 |
| 18-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $20,566.51 |
| 19-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $20,669.34 |
| 20-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $20,772.17 |
| 21-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $20,875.00 |
| 22-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $20,977.84 |
| 23-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $21,080.67 |
| 24-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $21,183.50 |
| 25-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $21,286.33 |
| 26-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $21,389.17 |
| 27-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $21,492.00 |
| 28-Mar-08 | $0.00 | $0.00 | | $0.00 | $0.00 | $469,760.64 | 7.99% | 365 | 1 | $102.83 | $21,594.83 |



**TRINITY**
A DIVISION OF BANK OF WEST

# EXTENSION AGREEMENT

It is hereby mutually agreed by Trinity, A Division of Bank of the West, as Lessor and RMA Lumber Inc., as Lessee of Equipment Lease Agreement dated 06/01/06 (the "Lease"), designated by Trinity, A Division of Bank of the West lease number 999-838870-001, that by execution of this Extension Agreement, the Lease is hereby modified and extended as follows:

The monthly Rent amount due for the months of January, and February 2007 have each been changed to $0.00 and the Lease has been extended by 2 months changing the Term from 60 to 62 months. (The "Extension Period"). The Rent for the 2 month extension period will each be $11,390.23, and shall be due and payable as follows $11,390.23 due July 1, 2011, $11,390.23 due August 1, 2011. Lease payments in the amount of $11,390.23 (plus any applicable taxes) shall commence on March 1, 2007 and made each month thereafter until the extended lease payments become due.

It is specifically understood and agreed between the Lessee and Lessor hereto that all of the terms and provisions of the Lease, except as modified by this Extension Agreement, remain in full force and effect.

## ACKNOWLEDGED AND AGREED TO BY:

### RMA LUMBER, INC.
Lessee

By: _Rma Lumber Inc   Robin m allen_

_RmA Lumber Inc_   _Robin m Allen_
　　　Print Name

Title: _President_

Date: _1-9-07_

### Trinity, A Division of BANK OF THE WEST
Lessor

By: _____

_Arky Adelson_
　　Print Name

Title: _Vice President, Credit Manager_

Date: _1-22-07_

# EXHIBIT 4

```
CUST.02                    Contract Detail Information              12/07/2007
                              ** More Messages **
Lessor.. 999           Cust RMA LUMBER, INC.          Branch 0001   SAN FRANCIS
Contract 0638870-001   Cntc Robin Allen        01* Dealer 000083.4907 PIONEER
L/Worked 10/26/07      Tel. 434-983-3743

02* Delin Cd  91        Commenced. 06/01/06       20* End Dep
    L/Pymt... 09/28/07  Cont Term. 62             21* Tot Due 55,901.12
    Paid To.. 09/01/07  Term Date. 08/01/11       22* Tot P/D 55,901.12
    Due Day.. 01     14* Asset Data                   Net Res
    Lead Days  21       Gross Cont    683,413.80      Collat. PERSONAL GUA
    B/Cycle.. YYYYYYYYYYYY Pymts 12.0   136,682.76 25* Comment
    Pymt Amt.    11,390.23 Balance...   546,731.04     434 315-3082 CELL

    -----------------------------  Total Due -----------------------------
    |      Current Due..          06* Late Charges       10,340.20         |
    |      Pastdue  1-30    11,390.23     Interest.....                    |
    |      Pastdue 31-60    11,390.23     Taxes........                    |
    |      Pastdue 61-90    11,390.23 09* Miscellaneous                    |
    |      Pastdue 91+++    11,390.23     Total Due....   55,901.12        |
    | Selection                                                            |
    -----------------------------------------------------------------------
```

**EXHIBIT** 5