UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>RMA LUMBER, INC., a Virginia corporation; ROBIN M. ALLEN, an individual<br><br>        Defendants.<br>_____/ | No. C-07-6469 EMC<br><br>**SECOND ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>**(Docket No. 9)** |

        Plaintiff Bank of the West has filed suit against Defendants RMA Lumber, Inc. and Robin M. Allen for, *inter alia*, breach of contract. After Defendants failed to respond to the Bank's complaint, default was entered by the Clerk of the Court, and the Bank then moved for default judgment. The Court subsequently asked the Bank to supplemental briefing and/or evidence to support its claim for damages. The Bank did so, and, having reviewed the Bank's submission, the Court hereby asks for further briefing and/or evidence.

///
///
///
///
///
///
///

More specifically, the Court orders to Bank to explain why, as claimed in the supplemental Arterberry declaration, the "implicit interest rate" for the Equipment Financing Agreement was 7.9902% per annum.  Supp. Arterberry Decl. ¶ 4(C); *see also id.* ¶ 3 (stating that the contract rate was 7.9902% per annum).  The Court notes that, based on the Agreement, it appears that RMA would pay the Bank a total of $128,063.80 in interest.[1]

The supplemental papers shall be filed within one week of the date of this order.

IT IS SO ORDERED.

Dated: May 8, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

---

[1] ($11,390.23 x 60) − $555,350 = $128,063.80.