```
HOOD & REED
18141 Beach Blvd., Suite 390
Huntington Beach, CA   92648-5611
Attn: James T. Reed, Jr., Bar No. 116933


(714) 842-6837

Attorneys for Plaintiff
BANK OF THE WEST
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK OF THE WEST, a California corporation, | ) CASE NO. C 07-06469 EMC )  ) Assigned to the |
| Plaintiff, | ) Honorable Edward M. Chen ) United States Magistrate Judge |
| vs. | ) Ctrm C, 15th Floor ) |
| RMA LUMBER, INC., a Virginia corporation; ROBIN M. ALLEN, an individual | ) SECOND SUPPLEMENTAL DECLARATION ) OF MELVIN ARTERBERRY, JR. RE ) IMPLIED INTEREST RATE ) ) |
| Defendants. | ) ) |

I, Melvin Arterberry, Jr., declare:

**COMPETENCY OF DECLARANT**

1.  I am a Vice President of Bank of the West and as such I am one of its custodians of records. The facts contained in this declaration are known to me to be true based on my personal knowledge and if called to do so I could and would competently testify thereto.

2.   As a custodian of records, I am involved with books, records and files belonging to Bank of the West as they pertain to the equipment finance agreement (the Agreement) with RMA Lumber, Inc. (RMA) and the guaranty of the Agreement by Defendant Robin M. Allen. In my position I am required to and personally do work on said books, records and files and as a Vice President I am involved in most aspects of this transaction.  As to the following facts, I know them to be true of my own personal knowledge or I have gained such knowledge of those facts from the business records of Bank of the West which were made at or about the time of the events recorded and which are maintained in the ordinary course of Bank of the West's business at or near the time of the acts, conditions or events to which they relate.  Any such document or record was prepared in the ordinary course of business of Bank of the West by a person employed by it who had personal knowledge of the event being recorded and who had a business duty to accurately record such event.  The business records of Bank of the West referred to herein and from which the calculations in this declaration are made, are maintained by the Bank in the ordinary course of its business by persons having a business duty to make entries and record payments as they are received by the Bank and keyed into the Bank's computer system.  The Bank's record keeping system, in addition to showing payments when they are made, also computes late charges when a payment becomes past due and calculates interest on the principal balance due in accordance with the terms of the Agreement.

3.   The implied initial interest rate on the Agreement is 8.486%.  This is set forth on the amortization schedule attached as

Exhibit 1.  After the contract was modified by reason of the two skipped or excused payments, the effective interest rate became 7.9902%.  This is due to the increased time to repay the debt by two months, while retaining a constant payment amount of $11,390.23 per month.  This is set forth on the amortization schedule attached as Exhibit 2.  Both of these schedules calculate the interest rate based on the principal amount ($555,350.00), being repaid over 60 and 62 monthly respectively at a constant monthly rate of $11,390.23.

4.  In my first supplemental declaration, I applied the interest rate on the accelerated balance due of 7.9902% based on the amount due of $469,760.64 as set out in exhibits 1 and 3 of my original declaration.

5.  Although the equipment financing agreement does not express the rate of interest that rate is implied at 7.9902% by calculation of the repayment of the amount advanced, $555,350.00, amortized over sixty-two months at the fixed monthly payment amount of $11,390.23 on Exhibit 2, hereto.  I understand that under California law where the contract does not stipulate the rate of interest, interest shall be calculated at the rate of 10% per annum after the breach.  This is provided in California Civil Code § 3289.  Because Bank of the West is seeking an interest rate below that rate it requests that it be awarded interest as requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct this May 14, 2008, at Walnut Creek, California.

_____
MELVIN ARTERBERRY, JR.
Declarant

SECOND SUPPLEMENTAL DECLARATION
OF MELVIN ARTERBERRY, JR.
RE IMPLIED INTEREST RATE                    3

RMA Lumber

Compound Period ......... : Monthly

Nominal Annual Rate .... : 8.486 %

CASH FLOW DATA

| Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|
| 1 Loan | 06/01/2006 | 555,350.00 | 1 | | |
| 2 Payment | 07/01/2006 | 11,390.23 | 60 | Monthly | 06/01/2011 |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 06/01/2006 | | | | 555,350.00 |
| 1 | 07/01/2006 | 11,390.23 | 3,927.46 | 7,462.77 | 547,887.23 |
| 2 | 08/01/2006 | 11,390.23 | 3,874.68 | 7,515.55 | 540,371.68 |
| 3 | 09/01/2006 | 11,390.23 | 3,821.53 | 7,568.70 | 532,802.98 |
| 4 | 10/01/2006 | 11,390.23 | 3,768.01 | 7,622.22 | 525,180.76 |
| 5 | 11/01/2006 | 11,390.23 | 3,714.10 | 7,676.13 | 517,504.63 |
| 6 | 12/01/2006 | 11,390.23 | 3,659.82 | 7,730.41 | 509,774.22 |
| 2006 Totals | | 68,341.38 | 22,765.60 | 45,575.78 | |
| 7 | 01/01/2007 | 11,390.23 | 3,605.15 | 7,785.08 | 501,989.14 |
| 8 | 02/01/2007 | 11,390.23 | 3,550.09 | 7,840.14 | 494,149.00 |
| 9 | 03/01/2007 | 11,390.23 | 3,494.64 | 7,895.59 | 486,253.41 |
| 10 | 04/01/2007 | 11,390.23 | 3,438.81 | 7,951.42 | 478,301.99 |
| 11 | 05/01/2007 | 11,390.23 | 3,382.57 | 8,007.66 | 470,294.33 |
| 12 | 06/01/2007 | 11,390.23 | 3,325.94 | 8,064.29 | 462,230.04 |
| 13 | 07/01/2007 | 11,390.23 | 3,268.91 | 8,121.32 | 454,108.72 |
| 14 | 08/01/2007 | 11,390.23 | 3,211.48 | 8,178.75 | 445,929.97 |
| 15 | 09/01/2007 | 11,390.23 | 3,153.64 | 8,236.59 | 437,693.38 |
| 16 | 10/01/2007 | 11,390.23 | 3,095.39 | 8,294.84 | 429,398.54 |
| 17 | 11/01/2007 | 11,390.23 | 3,036.73 | 8,353.50 | 421,045.04 |
| 18 | 12/01/2007 | 11,390.23 | 2,977.65 | 8,412.58 | 412,632.46 |
| 2007 Totals | | 136,682.76 | 39,541.00 | 97,141.76 | |
| 19 | 01/01/2008 | 11,390.23 | 2,918.15 | 8,472.08 | 404,160.38 |
| 20 | 02/01/2008 | 11,390.23 | 2,858.24 | 8,531.99 | 395,628.39 |
| 21 | 03/01/2008 | 11,390.23 | 2,797.90 | 8,592.33 | 387,036.06 |
| 22 | 04/01/2008 | 11,390.23 | 2,737.14 | 8,653.09 | 378,382.97 |
| 23 | 05/01/2008 | 11,390.23 | 2,675.94 | 8,714.29 | 369,668.68 |
| 24 | 06/01/2008 | 11,390.23 | 2,614.31 | 8,775.92 | 360,892.76 |
| 25 | 07/01/2008 | 11,390.23 | 2,552.25 | 8,837.98 | 352,054.78 |
| 26 | 08/01/2008 | 11,390.23 | 2,489.75 | 8,900.48 | 343,154.30 |
| 27 | 09/01/2008 | 11,390.23 | 2,426.80 | 8,963.43 | 334,190.87 |
| 28 | 10/01/2008 | 11,390.23 | 2,363.41 | 9,026.82 | 325,164.05 |
| 29 | 11/01/2008 | 11,390.23 | 2,299.57 | 9,090.66 | 316,073.39 |
| 30 | 12/01/2008 | 11,390.23 | 2,235.28 | 9,154.95 | 306,918.44 |
| 2008 Totals | | 136,682.76 | 30,968.74 | 105,714.02 | |

EXHIBIT 1

05/14/2008 9:16:15 AM  Page 2

RMA Lumber

| Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|
| 31 01/01/2009 | 11,390.23 | 2,170.54 | 9,219.69 | 297,698.75 |
| 32 02/01/2009 | 11,390.23 | 2,105.34 | 9,284.89 | 288,413.86 |
| 33 03/01/2009 | 11,390.23 | 2,039.68 | 9,350.55 | 279,063.31 |
| 34 04/01/2009 | 11,390.23 | 1,973.55 | 9,416.68 | 269,646.63 |
| 35 05/01/2009 | 11,390.23 | 1,906.95 | 9,483.28 | 260,163.35 |
| 36 06/01/2009 | 11,390.23 | 1,839.89 | 9,550.34 | 250,613.01 |
| 37 07/01/2009 | 11,390.23 | 1,772.35 | 9,617.88 | 240,995.13 |
| 38 08/01/2009 | 11,390.23 | 1,704.33 | 9,685.90 | 231,309.23 |
| 39 09/01/2009 | 11,390.23 | 1,635.83 | 9,754.40 | 221,554.83 |
| 40 10/01/2009 | 11,390.23 | 1,566.85 | 9,823.38 | 211,731.45 |
| 41 11/01/2009 | 11,390.23 | 1,497.37 | 9,892.86 | 201,838.59 |
| 42 12/01/2009 | 11,390.23 | 1,427.41 | 9,962.82 | 191,875.77 |
| 2009 Totals | 136,682.76 | 21,640.09 | 115,042.67 | |
| 43 01/01/2010 | 11,390.23 | 1,356.95 | 10,033.28 | 181,842.49 |
| 44 02/01/2010 | 11,390.23 | 1,286.00 | 10,104.23 | 171,738.26 |
| 45 03/01/2010 | 11,390.23 | 1,214.54 | 10,175.69 | 161,562.57 |
| 46 04/01/2010 | 11,390.23 | 1,142.58 | 10,247.65 | 151,314.92 |
| 47 05/01/2010 | 11,390.23 | 1,070.11 | 10,320.12 | 140,994.80 |
| 48 06/01/2010 | 11,390.23 | 997.12 | 10,393.11 | 130,601.69 |
| 49 07/01/2010 | 11,390.23 | 923.62 | 10,466.61 | 120,135.08 |
| 50 08/01/2010 | 11,390.23 | 849.60 | 10,540.63 | 109,594.45 |
| 51 09/01/2010 | 11,390.23 | 775.06 | 10,615.17 | 98,979.28 |
| 52 10/01/2010 | 11,390.23 | 699.99 | 10,690.24 | 88,289.04 |
| 53 11/01/2010 | 11,390.23 | 624.38 | 10,765.85 | 77,523.19 |
| 54 12/01/2010 | 11,390.23 | 548.25 | 10,841.98 | 66,681.21 |
| 2010 Totals | 136,682.76 | 11,488.20 | 125,194.56 | |
| 55 01/01/2011 | 11,390.23 | 471.57 | 10,918.66 | 55,762.55 |
| 56 02/01/2011 | 11,390.23 | 394.36 | 10,995.87 | 44,766.68 |
| 57 03/01/2011 | 11,390.23 | 316.59 | 11,073.64 | 33,693.04 |
| 58 04/01/2011 | 11,390.23 | 238.28 | 11,151.95 | 22,541.09 |
| 59 05/01/2011 | 11,390.23 | 159.41 | 11,230.82 | 11,310.27 |
| 60 06/01/2011 | 11,390.23 | 79.96 | 11,310.27 | 0.00 |
| 2011 Totals | 68,341.38 | 1,660.17 | 66,681.21 | |
| Grand Totals | 683,413.80 | 128,063.80 | 555,350.00 | |

RMA Lumber

Last interest amount decreased by 0.03 due to rounding.

05/14/2008 2:44:49 PM Page 1

RMA Lumber

Compound Period ......... : Monthly

Nominal Annual Rate .... : 7.990 %

## CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 06/01/2006 | 555,350.00 | 1 | | |
| 2 | Payment | 07/01/2006 | 11,390.23 | 1 | | |
| 3 | Payment | 08/01/2006 | 11,390.23 | 1 | | |
| 4 | Payment | 09/01/2006 | 11,390.23 | 1 | | |
| 5 | Payment | 10/01/2006 | 11,390.23 | 1 | | |
| 6 | Payment | 11/01/2006 | 11,390.23 | 1 | | |
| 7 | Payment | 12/01/2006 | 11,390.23 | 1 | | |
| 8 | Payment | 01/01/2007 | 0.00 | 1 | | |
| 9 | Payment | 02/01/2007 | 0.00 | 1 | | |
| 10 | Payment | 03/01/2007 | 11,390.23 | 54 | Monthly | 08/01/2011 |

## AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 06/01/2006 | | | | 555,350.00 |
| 1 | 07/01/2006 | 11,390.23 | 3,697.81 | 7,692.42 | 547,657.58 |
| 2 | 08/01/2006 | 11,390.23 | 3,646.59 | 7,743.64 | 539,913.94 |
| 3 | 09/01/2006 | 11,390.23 | 3,595.03 | 7,795.20 | 532,118.74 |
| 4 | 10/01/2006 | 11,390.23 | 3,543.12 | 7,847.11 | 524,271.63 |
| 5 | 11/01/2006 | 11,390.23 | 3,490.87 | 7,899.36 | 516,372.27 |
| 6 | 12/01/2006 | 11,390.23 | 3,438.27 | 7,951.96 | 508,420.31 |
| 2006 Totals | | 68,341.38 | 21,411.69 | 46,929.69 | |
| 7 | 01/01/2007 | 0.00 | 3,385.32 | 3,385.32- | 511,805.63 |
| 8 | 02/01/2007 | 0.00 | 3,407.87 | 3,407.87- | 515,213.50 |
| 9 | 03/01/2007 | 11,390.23 | 3,430.56 | 7,959.67 | 507,253.83 |
| 10 | 04/01/2007 | 11,390.23 | 3,377.56 | 8,012.67 | 499,241.16 |
| 11 | 05/01/2007 | 11,390.23 | 3,324.21 | 8,066.02 | 491,175.14 |
| 12 | 06/01/2007 | 11,390.23 | 3,270.50 | 8,119.73 | 483,055.41 |
| 13 | 07/01/2007 | 11,390.23 | 3,216.43 | 8,173.80 | 474,881.61 |
| 14 | 08/01/2007 | 11,390.23 | 3,162.01 | 8,228.22 | 466,653.39 |
| 15 | 09/01/2007 | 11,390.23 | 3,107.22 | 8,283.01 | 458,370.38 |
| 16 | 10/01/2007 | 11,390.23 | 3,052.07 | 8,338.16 | 450,032.22 |
| 17 | 11/01/2007 | 11,390.23 | 2,996.55 | 8,393.68 | 441,638.54 |
| 18 | 12/01/2007 | 11,390.23 | 2,940.66 | 8,449.57 | 433,188.97 |
| 2007 Totals | | 113,902.30 | 38,670.96 | 75,231.34 | |
| 19 | 01/01/2008 | 11,390.23 | 2,884.40 | 8,505.83 | 424,683.14 |
| 20 | 02/01/2008 | 11,390.23 | 2,827.76 | 8,562.47 | 416,120.67 |
| 21 | 03/01/2008 | 11,390.23 | 2,770.75 | 8,619.48 | 407,501.19 |
| 22 | 04/01/2008 | 11,390.23 | 2,713.35 | 8,676.88 | 398,824.31 |
| 23 | 05/01/2008 | 11,390.23 | 2,655.58 | 8,734.65 | 390,089.66 |

EXHIBIT 2

05/14/2008 2:44:49 PM  Page 2

RMA Lumber

| # | Date | Payment | Interest | Principal | Balance |
|---|------|---------|----------|-----------|---------|
| 24 | 06/01/2008 | 11,390.23 | 2,597.42 | 8,792.81 | 381,296.85 |
| 25 | 07/01/2008 | 11,390.23 | 2,538.87 | 8,851.36 | 372,445.49 |
| 26 | 08/01/2008 | 11,390.23 | 2,479.93 | 8,910.30 | 363,535.19 |
| 27 | 09/01/2008 | 11,390.23 | 2,420.60 | 8,969.63 | 354,565.56 |
| 28 | 10/01/2008 | 11,390.23 | 2,360.88 | 9,029.35 | 345,536.21 |
| 29 | 11/01/2008 | 11,390.23 | 2,300.76 | 9,089.47 | 336,446.74 |
| 30 | 12/01/2008 | 11,390.23 | 2,240.24 | 9,149.99 | 327,296.75 |
| 2008 Totals | | 136,682.76 | 30,790.54 | 105,892.22 | |
| 31 | 01/01/2009 | 11,390.23 | 2,179.31 | 9,210.92 | 318,085.83 |
| 32 | 02/01/2009 | 11,390.23 | 2,117.98 | 9,272.25 | 308,813.58 |
| 33 | 03/01/2009 | 11,390.23 | 2,056.24 | 9,333.99 | 299,479.59 |
| 34 | 04/01/2009 | 11,390.23 | 1,994.09 | 9,396.14 | 290,083.45 |
| 35 | 05/01/2009 | 11,390.23 | 1,931.53 | 9,458.70 | 280,624.75 |
| 36 | 06/01/2009 | 11,390.23 | 1,868.54 | 9,521.69 | 271,103.06 |
| 37 | 07/01/2009 | 11,390.23 | 1,805.14 | 9,585.09 | 261,517.97 |
| 38 | 08/01/2009 | 11,390.23 | 1,741.32 | 9,648.91 | 251,869.06 |
| 39 | 09/01/2009 | 11,390.23 | 1,677.07 | 9,713.16 | 242,155.90 |
| 40 | 10/01/2009 | 11,390.23 | 1,612.40 | 9,777.83 | 232,378.07 |
| 41 | 11/01/2009 | 11,390.23 | 1,547.29 | 9,842.94 | 222,535.13 |
| 42 | 12/01/2009 | 11,390.23 | 1,481.75 | 9,908.48 | 212,626.65 |
| 2009 Totals | | 136,682.76 | 22,012.66 | 114,670.10 | |
| 43 | 01/01/2010 | 11,390.23 | 1,415.78 | 9,974.45 | 202,652.20 |
| 44 | 02/01/2010 | 11,390.23 | 1,349.36 | 10,040.87 | 192,611.33 |
| 45 | 03/01/2010 | 11,390.23 | 1,282.51 | 10,107.72 | 182,503.61 |
| 46 | 04/01/2010 | 11,390.23 | 1,215.20 | 10,175.03 | 172,328.58 |
| 47 | 05/01/2010 | 11,390.23 | 1,147.45 | 10,242.78 | 162,085.80 |
| 48 | 06/01/2010 | 11,390.23 | 1,079.25 | 10,310.98 | 151,774.82 |
| 49 | 07/01/2010 | 11,390.23 | 1,010.60 | 10,379.63 | 141,395.19 |
| 50 | 08/01/2010 | 11,390.23 | 941.48 | 10,448.75 | 130,946.44 |
| 51 | 09/01/2010 | 11,390.23 | 871.91 | 10,518.32 | 120,428.12 |
| 52 | 10/01/2010 | 11,390.23 | 801.87 | 10,588.36 | 109,839.76 |
| 53 | 11/01/2010 | 11,390.23 | 731.37 | 10,658.86 | 99,180.90 |
| 54 | 12/01/2010 | 11,390.23 | 660.40 | 10,729.83 | 88,451.07 |
| 2010 Totals | | 136,682.76 | 12,507.18 | 124,175.58 | |
| 55 | 01/01/2011 | 11,390.23 | 588.95 | 10,801.28 | 77,649.79 |
| 56 | 02/01/2011 | 11,390.23 | 517.03 | 10,873.20 | 66,776.59 |
| 57 | 03/01/2011 | 11,390.23 | 444.63 | 10,945.60 | 55,830.99 |
| 58 | 04/01/2011 | 11,390.23 | 371.75 | 11,018.48 | 44,812.51 |
| 59 | 05/01/2011 | 11,390.23 | 298.38 | 11,091.85 | 33,720.66 |
| 60 | 06/01/2011 | 11,390.23 | 224.53 | 11,165.70 | 22,554.96 |
| 61 | 07/01/2011 | 11,390.23 | 150.18 | 11,240.05 | 11,314.91 |
| 62 | 08/01/2011 | 11,390.23 | 75.32 | 11,314.91 | 0.00 |
| 2011 Totals | | 91,121.84 | 2,670.77 | 88,451.07 | |
| Grand Totals | | 683,413.80 | 128,063.80 | 555,350.00 | |

RMA Lumber

Last interest amount decreased by 0.02 due to rounding.