```
 1  HOOD & REED
    18141 Beach Blvd., Suite 390
 2  Huntington Beach, CA  92648-5611
    Attn:  James T. Reed, Jr., Bar No. 116933
 3

 4  (714) 842-6837

 5  Attorneys for Plaintiff
    BANK OF THE WEST
 6

 7
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK OF THE WEST, a California corporation, | CASE NO. C 07-06469 EMC |
| Plaintiff, | Assigned to the Honorable Edward M. Chen United States Magistrate Judge Ctrm C, 15th Floor |
| vs. | |
| RMA LUMBER, INC., a Virginia corporation; ROBIN M. ALLEN, an individual | **SUPPLEMENTAL BRIEF RE CALCULATION OF INTEREST** |
| Defendants. | |

Bank of the West has provided its declarations regarding the calculations of the amounts being requested under the judgment.

Although an interest rate is not stipulated in the agreement, an implicit interest rate is determined as a function of repayment of the amount financed amortized over sixty fixed monthly payments required by the terms of the equipment finance agreement. The implicit rate is demonstrated under the calculations provided in

1  the second supplemental declaration of Melvin Arterberry. The initial
2  calculation based on sixty months arrived at is 8.486%.
3       Following the two month extension of the repayment
4  provisions, the monthly payment was not increased, but remained
5  constant at $11,390.23 a month. This extension, without an increase
6  in the monthly payment amount, has the effect of reducing the
7  effective interest rate to 7.9902%.
8       The calculation of post-default interest at 7.9902%, as
9  provided in the first supplement declaration benefits the debtors with
10 the lower effective rate of interest.
11      Under California Law, Bank of the West could arguably be
12 entitled to charge 10% on the amount due following the breach under
13 California Civil Code § 3289(b) (Exhibit 1 attached). The Bank
14 requests the lower rate be used.
15      Accordingly, Bank of the West prays that it receive judgment
16 for the amounts claimed to be due.

                                    HOOD & REED

19 Dated: May 14, 2008              By: [signature]
20                                       JAMES T. REED, JR.
                                         Attorneys for Plaintiff
21                                       BANK OF THE WEST
   (JTR:amc)JUDGMENT.BRI

West's Ann.Cal.Civ.Code § 3289

West's Annotated California Codes <u>Currentness</u>
  Civil Code <u>(Refs & Annos)</u>
    Division 4. General Provisions <u>(Refs & Annos)</u>
      Part 1. Relief
        Title 2. Compensatory Relief
          <u>Chapter 1</u>. Damages in General
            <u>Article 2</u>. Interest as Damages
              **➡§ 3289. Rate of interest chargeable after breach of contract**

(a) Any legal rate of interest stipulated by a contract remains chargeable after a breach thereof, as before, until the contract is superseded by a verdict or other new obligation.

(b) If a contract entered into after January 1, 1986, does not stipulate a legal rate of interest, the obligation shall bear interest at a rate of 10 percent per annum after a breach.

For the purposes of this subdivision, the term contract shall not include a note secured by a deed of trust on real property.

CREDIT(S)

(Enacted 1872. Amended by Stats.1985, c. 663, § 1; Stats.1986, c. 176, § 1, eff. June 23, 1986.)

HISTORICAL AND STATUTORY NOTES

1997 Main Volume

The 1985 amendment designated the existing paragraph as subd. (a) and added subd. (b).

The 1986 amendment substituted "stipulate" for "specify" following "January 1, 1986, does not", deleted "chargeable after a breach" following "a legal rate of interest", and inserted "after a breach" at the end of the first paragraph in subd. (b); and added the second paragraph of subd. (b), defining the term contract.

Section 2 of Stats.1986, c. 176, provides:

"This act is declaratory of existing law."

**Derivation:** Stats.1850, c. 31, p. 92, § 2; Stats.1867-68, c. 429, p. 553, § 2.

LAW REVIEW AND JOURNAL COMMENTARIES

Creditors' claims under California procedure. Elliott Leighton (1962) 14 Hastings L.J. 1.

Resort to legal process in collecting debts from high risk credit buyers--Alternative methods for allocating costs. (1967) 14 UCLA L.Rev. 879.

LIBRARY REFERENCES

1997 Main Volume

  Damages ⚖=68.
  Westlaw Topic No. <u>115</u>.
  <u>C.J.S. Damages</u> §§ <u>52</u>, <u>92</u>.

**EXHIBIT 1**