```
 1  HOOD & REED
    18141 Beach Blvd., Suite 390
 2  Huntington Beach, CA  92648-5611
    Attn:  James T. Reed, Jr., Bar No. 116933
 3

 4  (714) 842-6837

 5  Attorneys for Plaintiff
    BANK OF THE WEST
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  BANK OF THE WEST, a California  ) CASE NO. C 07-06469 EMC
    corporation,                    )
13                                  ) Assigned to the
                     Plaintiff,     ) Honorable Edward M. Chen,
14                                  ) United States District Court Judge
    vs.                             ) Ctrm C, 15th Floor
15                                  )
    RMA LUMBER, INC., a Virginia    ) PLAINTIFF BANK OF THE WEST's
16  corporation; ROBIN M. ALLEN, an ) CASE MANAGEMENT STATEMENT
    individual                      )
17                                  ) Date:        May 28, 2008
                                    ) Time:        1:30 p.m.
18                   Defendants.    ) Courtroom:   C
                                    )
19  _____

20       Bank of the West provides the following case management

21  statement in the above referenced matter.  The case management

22  statement is unilateral rather than just because the defendants'

23  default has been entered by the Court.

24       Pursuant to Civil Local Rule 16-9, plaintiff provides the

25  following information:

26

27

28
```

PLAINTIFF BANK OF THE WEST'S                1
CASE MANAGEMENT STATEMENT

1. **JURISDICTION AND SERVICE:**

The Court has subject matter jurisdiction over this diversity action under 28 U.S.C. § 1332, because there is complete diversity of citizenship between the plaintiff, a California corporation, and the defendants, RMA Lumber, Inc., a Virginia corporation and Robin M. Allen, an individual who is a resident and citizen of the State of Virginia. In personam jurisdiction exists by reason of the defendants entering into the contracts at issue within the State of California and those agreements expressly consent to the in personam jurisdiction of the California courts. Both defendants were personally served on January 9, 2008 and proofs of personal service have been filed with the Court. The default of the defendants was entered by the Clerk of the Court on March 12, 2008.

2. **FACTS:**

Bank of the West entered into an equipment finance agreement with the defendant RMA Lumber, Inc. on May 23, 2008 for the purchase of a timber hydraulic grinder, more specifically identified in the equipment financing agreement. Plaintiff also received the personal guaranty of the obligations of the equipment financing agreement by the corporation's principal and owner, Robin M. Allen. RMA Lumber defaulted under the terms of the equipment financing agreement by failing to make the payment due September 1, 2007, and each subsequent payment. That default is also an event of default under Robin M. Allen's personal guaranty. As the result of the uncured defaults, this complaint was filed on December 26, 2007. Plaintiff has tendered its default judgment and supplemental materials to the Court.

3. **LEGAL ISSUES:**

Due to the defendants's default, there are no disputed points of law or fact to be addressed.

4. **MOTIONS:**

There have been no motions although there is pending a application/motion for default judgment. Following entry of default judgment a motion for plaintiff's attorneys' fees and a memorandum of costs will be filed.

5. **RELIEF SOUGHT:**

The relief sought is an award of the principal, interest and late charges due under the equipment finance agreement and the guaranty, and plaintiff seeks a judgment for possession of the equipment, which pledged as collateral to plaintiff.

6. **DISCLOSURE OF NON-PARTY INTERESTED ENTITIES:**

Bank of the West a wholly owned by BancWest Corporation, which is owned by BNP Paribas.

HOOD & REED

Dated: May 19, 2008

By: /s/ James T. Reed
JAMES T. REED, JR.
Attorneys for Plaintiff
BANK OF THE WEST

(JTR:amc)
CASEMAN.01