1  HOOD & REED
   18141 Beach Blvd., Suite 390
2  Huntington Beach, CA   92648-5611
   Attn:  James T. Reed, Jr., Bar No. 116933
3

4  (714)  842-6837

5  Attorneys for Plaintiff
   BANK OF THE WEST
6

7

8                 UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  BANK OF THE WEST, a California      ) **CASE NO. C 07-06469 EMC**
    corporation,                        )
13                                      ) **Assigned to the**
                         Plaintiff,     ) **Honorable Edward M. Chen**
14                                      ) **United States Magistrate Judge**
    vs.                                 ) **Ctrm C, 15th Floor**
15                                      )
    RMA LUMBER, INC., a Virginia        ) **EX PARTE MOTION TO ALLOW**
16  corporation; ROBIN M. ALLEN, an     ) **PLAINTIFF TO APPEAR TELEPHONICALLY**
    individual                          ) **AT CASE MANAGEMENT CONFERENCE**
17                                      )
                                        ) **Date:  May 28, 2008**
18                       Defendants.    ) **Time:  1:30 p.m**
                                        ) **Ctrm:  C**
19  _____ )

20

21        Plaintiff Bank of the West moves the Court for an order to

22  allow it to appear telephonically at the case management conference

23  set for hearing on May 28, 2008 at 1:30 p.m. in Courtroom C of the

    above entitled Court.
24
          For good cause plaintiff's counsel asserts that the matter
25
    has been largely resolved and the defendants' defaults have been
26
    entered by the Court and the default judgment motion is currently
27

28
    _____
    EX PARTE MOTION TO ALLOW
    PLAINTIFF TO APPEAR TELEPHONICALLY
    AT CASE MANAGEMENT CONFERENCE
                                        1

1  pending.  It would be an unnecessary expense for counsel to travel

2  from Huntington Beach, California to San Francisco, California to

3  personally appear at the case management conference in light of the

4  limited issues which remain to be resolved.  Plaintiff and counsel

5  have responded timely to all other orders and requests by the Court

6  and do not anticipate any difficulty by appearing telephonically.

7

8                                    HOOD & REED

9

10

    Dated:  May 19, 2008             By: _____

11                                        JAMES T. REED, JR.
                                          Attorneys for Plaintiff
12                                        BANK OF THE WEST

    (JTR:amc)
13  EXPARTE.TEL

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    EX PARTE MOTION TO ALLOW
    PLAINTIFF TO APPEAR AT
    CASE MANAGEMENT CONFERENCE

```
 1 | HOOD & REED
   | 18141 Beach Blvd., Suite 390
 2 | Huntington Beach, CA   92648-5611
   | Attn:  James T. Reed, Jr., Bar No. 116933
 3 |
   |
 4 | (714)  842-6837
   |
 5 | Attorneys for Plaintiff
   | BANK OF THE WEST
 6 |
   |
 7 |
   |
 8 |                    UNITED STATES DISTRICT COURT
   |
 9 |               FOR THE NORTHERN DISTRICT OF CALIFORNIA
   |
10 |                       SAN FRANCISCO DIVISION
   |
11 |
   |
12 | BANK OF THE WEST, a California    ) CASE NO. C 07-06469 EMC
   | corporation,                     )
13 |                                  ) Assigned to the
   |                   Plaintiff,      ) Honorable Edward M. Chen,
14 |                                  ) United States District Court Judge
   | vs.                              ) Ctrm C, 15th Floor
15 |                                  )
   | RMA LUMBER, INC., a Virginia     ) DECLARATION OF JAMES T. REED, JR.
16 | corporation; ROBIN M. ALLEN, an  ) IN SUPPORT OF EX PARTE MOTION TO
   | individual                       ) AUTHORIZE TELEPHONIC APPEARANCE
17 |                                  )
   |                                  ) Date:  May 28, 2008
18 |                   Defendants.     ) Time:  1:30 p.m.
   |                                  ) Ctrm:  C
19 |                                  )
   | _____ )
20 |
   |
21 |
   |
22 |          I, James T. Reed, Jr., declare:
   |
23 |          1.    I am an attorney duly licensed to practice law in the
   |
   | State of California and I am admitted to practice before the United
24 |
   | States District Court for the Northern District of California.  The
25 |
   | facts contained in this declaration are personally known by me to be
26 |
   | true and if called to do so I could and would competently testify,
27 |
   | thereto.
28 |
```

1      2.   The pending matter has been largely resolved.  The

2  defendants' defaults have been entered by the Court and a motion for

3  default judgment is currently pending.  It would be an unnecessary

4  expense for plaintiff's counsel to travel from Huntington Beach,

5  California to San Francisco, California to personally appear at the

6  case management conference and to address the limited issues which

7  remain pending.  Plaintiff and counsel have responded timely to all

8  other orders and requests issued by the Court.

9      I declare under penalty of perjury under the laws of the

10  United States of America that the foregoing is true and correct this

11  May 19, 2008.

12

13                                _____

14                                JAMES T. REED, JR.
                                  Declarant

15  (JTR:amc)
    EXPART.DEC

16

17

18

19

20

21

22

23

24

25

26

27

28