**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> RMA LUMBER, INC., a Virginia corporation; ROBIN M. ALLEN, an individual <br><br> Defendants. <br> _____/ | No. C-07-06469 EMC <br><br><br> **CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the Telephonic Case Management Conference has been rescheduled from May 28, 2008 at 1:30 p.m. to **August 6, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Court will initiate call. A joint Case Management Conference Statement shall be filed by July 30, 2008.

Dated: May 22, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Betty Fong
    Courtroom Deputy