IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BANK OF THE WEST,

    Plaintiff,

    v.

RMA LUMBER INC. and ROBIN M. ALLEN,

    Defendants.

No. C 07-06469 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING MOTION FOR DEFAULT JUDGMENT**

    This matter comes before the Court upon consideration of Magistrate Judge Chen's Report and Recommendation re: Plaintiff's motion for default judgment against Defendants RMA Lumber, Inc. and Robin M. Allen.

    In his Report and Recommendation, Magistrate Judge Chen recommends that this Court grant the motion and award Plaintiff (1) principal in the amount of $469,760.64, (2) late charges in the amount of $6,923.14; and (3) prejudgment interest in the amount of $102.83 per day, from September 1, 2007, to the date of entry of judgment. There have been no objections filed thereto.

    The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Plaintiff's motion for default judgment against RMA Lumber, Inc. and Robin M. Allen is GRANTED. Plaintiff is awarded (1) principal in the amount of $469,760.64, (2) late charges in the amount of $6,923.14; and (3) prejudgment interest in the amount of $102.83 per day, from September 1, 2007, to the date of entry of judgment.

A separate judgment shall issue, and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: June 17, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE