IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST,<br><br>    Plaintiff,<br><br>  v.<br><br>RMA LUMBER INC. and ROBIN M. ALLEN,<br><br>    Defendants.<br>_____/ | No. C 07-06469 JSW<br><br><br><br>**JUDGMENT** |

    Pursuant to this Court's Order adopting Magistrate Judge Chen's Report and Recommendation re: Plaintiff's motion for default judgment and granting default judgment in favor of Plaintiff, judgment is HEREBY ENTERED in favor of Plaintiff and against Defendants in the amount of (1) principal in the amount of $469,760.64, (2) late charges in the amount of $6,923.14; and (3) prejudgment interest in the amount of $102.83 per day, from September 1, 2007, to the date of entry of judgment.

    **IT IS SO ORDERED.**

Dated:   June 17, 2008

                                                         JEFFREY S. WHITE<br>
                                                         UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California