IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BANK OF THE WEST,

    Plaintiff,

v.

RMA LUMBER INC. and ROBIN M. ALLEN,

    Defendants.

No. C 07-06469 JSW

**AMENDED JUDGMENT**

Pursuant to this Court's Order adopting Magistrate Judge Chen's Report and Recommendation re: Plaintiff's motion for default judgment and granting default judgment in favor of Plaintiff, judgment is HEREBY ENTERED in favor of Plaintiff and against Defendants in the amount of (1) principal in the amount of $469,760.64, (2) late charges in the amount of $6,923.14; and (3) prejudgment interest in the amount of $102.83 per day, from September 1, 2007, to the date of entry of judgment.

In addition, the Court adopts the recommended finding that Plaintiff is entitled to recover the equipment at issue from Defendants. The money judgment set forth above shall be reduced by the amount of any net proceeds that Plaintiff may recover from disposition of the equipment. Any such disposition shall comply with California law, including the California Commercial Code.

**IT IS SO ORDERED.**

Dated: June 19, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE