```
HOOD & REED
18141 Beach Blvd., Suite 390
Huntington Beach, CA   92648-5611
Attn:  James T. Reed, Jr., Bar No. 116933


(714)  842-6837

Attorneys for Plaintiff
BANK OF THE WEST
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>RMA LUMBER, INC., a Virginia corporation; ROBIN M. ALLEN, an individual<br><br>                Defendants. | CASE NO. C 07-06469 JSW<br><br>**Assigned to the**<br>**Honorable Jeffery S. White,**<br>**United States District Court Judge**<br>**Ctrm 2, 17th Floor**<br><br>**DECLARATION OF JAMES T. REED, JR.**<br>**IN SUPPORT OF COST BILL**<br><br>**Local Rule 54-1** |

       I, James T. Reed, Jr., declare:

       1.   I am an attorney duly licensed to practice law in the State of California and I am admitted to practice in the United States District Court for the Northern District of California.

       2.   I am counsel of record for the plaintiff Bank of the West herein and am able to state that the bill of cost filed concurrently herewith correctly states the costs incurred by Bank of the West in the prosecution of this matter and were necessarily incurred

1 | by it and are allowable by law.  Attached as collective Exhibit 1 are
2 | the invoices and/or receipts reflecting the actual costs incurred,
3 | which total $529.90, as set forth in the cost bill.
4 |         I declare under penalty of perjury under the laws of the
5 | United States of America that the foregoing is true and correct this
6 | July _1_, 2008.

                                    _____
                                    JAMES T. REED, JR.
                                    Declarant

10 | (JTR:amc)
     DEC.COS

DECLARATION OF JAMES T. REED, JR.
IN SUPPORT OF COST BILL                      2

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California corporation<br><br>v.<br><br>RMA LUMBER, INC., a Virginia corporation;<br>ROBIN M. ALLEN, an individual | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: |

TO: (Name and address of defendant)

RMA LUMBER, INC.          ROBIN M. ALLEN
295 Belmont Lane          295 Belmont Lane
Dillwyn, VA 23936         Dillwyn, VA 23936

EMC

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James T. Reed, Jr., Esq.
Hood & Reed    Bar No. 116933
18141 Beach Boulevard, Suite 390
Huntington Beach, CA 92648

ewith served upon you, within 20 days after service of this summons upon you, il to do so, judgement by default will be taken against you for the relief demanded in answer with the Clerk of this Court within a reasonable period of time after service.

DATE  DEC 2 6 2007

✓

# EXHIBIT 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| Hood & Reed SBN 116933<br>18141 Beach Blvd Ste 390<br>Huntington Beach  CA  92648 | (714) 842-6837 | |

ATTORNEY FOR (Name)

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
BANK OF THE WEST V. RMA LUMBER

| 1283521 | (HEARING) Date | Time | Dept | Case Number: CV076469EMC |
|---|---|---|---|---|
| | | | | REFERENCE NO: RMA/BOW |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS & COMPLAINT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; ECG REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES
U.S DISTRICT COURT, SAN FRANSICO CASE GUIDELINES

ON: RMA LUMBER INC., A VIRGINA CORPORATION, BY SERVING
   Robin M. Allen, President

AT: 295 Belmont Lane
   Dillwyn     VA     23936

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH
   Robin M. Allen, President, Authorized To Receive

ON   1/9/2008   AT   12:23:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving: Robert L. Hester  Out Of State Process

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was  $55.00  ✓
e. I am:
   (1)  not a registered California process server:
   (3)  registered California process server:
      (i)
   (i) Registration No: Not A California
   (i) County:  Registered Process Server

8. I declare under the penalty of perjury under the laws of the United States of America ✗ that the foregoing is true and correct.

SIGNATURE

1/22/2008

**PROOF OF SERVICE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Hood & Reed SBN 116933<br>18141 Beach Blvd Ste 390<br>Huntington Beach  CA  92648 | (714) 842-6837 | |

ATTORNEY FOR (Name):

Insert of Court Name of Judicial District and Branch Court if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
BANK OF THE WEST V. RMA LUMBER

| 1283490 | (HEARING) Date | Time | Dept | Case Number<br>CV076469EMC |
|---|---|---|---|---|
| | | | | REFERENCE NO<br>RMA/BOW |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS & COMPLAINT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; ECG REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES U.S DISTRICT COURT, SAN FRANSICO CASE GUIDELINES

ON: ROBIN M. ALLEN, AN INDIVIDUAL

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

295 Belmont Lane
Dillwyn     VA     23936
ON   1/9/2008   AT   12:23:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving: Robert L. Hestor   Out Of State Process

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $124.90 ✓
e. I am:
(1) not a registered California process server
(3) registered California process server:
(i)
(i) Registration No: Not A California
(i) County: Registered Process Server

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   X

_____
SIGNATURE

1/22/2008

PROOF OF SERVICE

```
 1  HOOD & REED
    18141 Beach Blvd., Suite 390
 2  Huntington Beach, CA  92648-5611
    Attn:  James T. Reed, Jr., Bar No. 116933
 3

 4  (714) 842-6837

 5  Attorneys for Plaintiff
    BANK OF THE WEST
 6

 7

 8                 UNITED STATES DISTRICT COURT

 9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  BANK OF THE WEST, a California  )  CASE NO. C 07-06469 JSW
    corporation,                    )
12                                  )  Assigned to the
                      Plaintiff,    )  Honorable Jeffrey S. White
13                                  )  United States District Court Judge
    vs.                             )  Ctrm 2, 17th Floor
14                                  )
    RMA LUMBER, INC., a Virginia    )
15  corporation; ROBIN M. ALLEN, an )  BILL OF COSTS
    individual                      )
16                                  )
                                    )  LOCAL RULE 54-1
17                    Defendants.   )
    _____)
18

19       Bank of the West provides its bill of costs as the

20  prevailing party in this matter as follows:

21       ITEMS                                   AMOUNT

22       1. Filing fee paid to the clerk         $350.00

23          of the Court

24       2. Service of Process fee for the

25          defendant RMA Lumber, Inc.           $ 55.00

26       3. Service of Process fee for the

27          defendant Robin M. Allen             $124.90

28          Total filing fees and costs          $529.90
```

BILL OF COSTS

1

```
 1                                    HOOD & REED

 2

 3   Dated:  July 1, 2008         By: _____
                                      JAMES T. REED, JR.
 4                                    Attorneys for Plaintiff
                                      BANK OF THE WEST
 5   (JTR:amc)
     BILL.COS
```

BILL OF COSTS

2