```
1  HOOD & REED
   18141 Beach Blvd., Suite 390
2  Huntington Beach, CA  92648-5611
   Attn: James T. Reed, Jr., Bar No. 116933
3

4  (714) 842-6837

5  Attorneys for Plaintiff
   BANK OF THE WEST
6

7
```

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  BANK OF THE WEST, a California corporation, | ) CASE NO. C 07-06469 EMC |
| 13                  Plaintiff, | ) Assigned to the<br>) Honorable Edward M. Chen |
| 14  vs. | ) United States Magistrate Judge<br>) Ctrm C, 15th Floor |
| 15  RMA LUMBER, INC., a Virginia corporation; ROBIN M. ALLEN, an individual | ) |
| 16 | ) PROOF OF SERVICE |
| 17 | ) |
| 18                  Defendants. | ) |

19

20     1.  I am over the age of eighteen years, not a party to this action, and my business address is 18141 Beach Blvd., Suite 390, Huntington Beach, California, 92648.  I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service (USPS) or delivery by overnight messenger.

26     2.  On July 1, 2008, at the above address, I served a copy of the following documents:

1.  **EX PARTE MOTION TO FIX AMOUNT OF BANK OF THE WEST'S ATTORNEYS' FEES AS COSTS;**
2.  **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO FIX THE AMOUNT OF BANK OF THE WEST'S ATTORNEYS' FEES AS COSTS;**
3.  **DECLARATION OF JAMES T. REED, JR. IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES;**
4.  **(PROPOSED) ORDER GRANTING MOTION FOR AWARD OF ATTORNEYS' FEES;**
5.  **DECLARATION OF JAMES T. REED, JR. IN SUPPORT OF COST BILL;**
        **AND**
6.  **BILL OF COSTS.**

      3.  I enclosed them in envelopes with postage fully prepaid, and placing the envelopes for collection and mailing on the above date at the above address, following our ordinary business practices, which provides for delivery to the USPS carrier or deposit with the USPS; or, if served by overnight messenger, the envelopes had delivery fees provided for overnight delivery, and were deposited in a box regularly maintained by United Parcel Service.  The envelopes were sent to the following persons:

RMA Lumber, Inc.                          Defendant
295 Belmont Lane
Dillwyn, VA 23936

(served by Mail)


Robin Allen                                Defendant
295 Belmont Lane
Dillwyn, VA 23936

(served by Mail)

1 | Courtesy copy to:

2

Daniel L. Rutherford, Esq.
3 | 571 Front Street
P.O. Box 5
4 | Lovingston, VA 22949

5 | (served by Mail)

6 |     I declare under penalty of perjury under the laws of the

7 | United States of America that the foregoing is true and correct.

8 |     Executed on July 1, 2008, at Huntington Beach, California.

9 |                                       Angela M. Corbett

10

11

12

...