IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BANK OF THE WEST,

    Plaintiff,

    v.

RMA LUMBER INC. and ROBIN M. ALLEN,

    Defendants.

No. C 07-06469 JSW

**ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE**

On July 1, 2008, Plaintiff filed an *ex parte* motion for attorneys' fees. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion.

**IT IS SO ORDERED.**

Dated: July 2, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom