```
 1 │ HOOD & REED
   │ 18141 Beach Blvd., Suite 390
 2 │ Huntington Beach, CA   92648-5611
   │ Attn:  James T. Reed, Jr., Bar No. 116933
 3 │
 4 │ (714)  842-6837
 5 │ Attorneys for Plaintiff
   │ BANK OF THE WEST
 6 │
 7 │
 8 │               UNITED STATES DISTRICT COURT
 9 │           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 │
11 │
12 │ BANK OF THE WEST, a California   ) CASE NO. C 07-06469 JSW
   │ corporation,                     )
13 │                                  ) Assigned to the
   │              Plaintiff,          ) Honorable Jeffrey S. White,
14 │                                  ) United States District Court Judge
   │ vs.                              ) Ctrm 2, 17th Floor
15 │                                  )
   │ RMA LUMBER, INC., a Virginia     )
16 │ corporation; ROBIN M. ALLEN, an  )
   │ individual                       )
17 │                                  ) NOTICE OF ENTRY OF AMENDED
   │                                  ) JUDGMENT
18 │                                  )
   │                                  )
19 │              Defendants.         )
   │                                  )
20 │                                  )
   │ _____  )
21 │
22 │      TO THE DEFENDANTS RMA LUMBER, INC. AND ROBIN M. ALLEN:
23 │      PLEASE TAKE NOTICE that the Court in the above entitled case
24 │ has entered its amended judgment against you on June 19, 2008, please
25 │ see the attached judgment as Exhibit 1 and incorporated herein by this
26 │ reference.
27 │
28 │
```

```
 1                                          HOOD & REED
 2
 3
    Dated:   July 3, 2008              By: /s/ James C. Reed
 4                                         JAMES T. REED, JR.
                                           Attorneys for Plaintiff
 5                                         BANK OF THE WEST
    (JTR:amc)
 6  JUD.NOT
 7
 8
 ...
28
```

NOTICE OF ENTRY OF AMENDED JUDGMENT                    2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, | |
| Plaintiff, | No. C 07-06469 JSW |
| v. | |
| RMA LUMBER INC. and ROBIN M. ALLEN, | **AMENDED JUDGMENT** |
| Defendants. | |

Pursuant to this Court's Order adopting Magistrate Judge Chen's Report and Recommendation re: Plaintiff's motion for default judgment and granting default judgment in favor of Plaintiff, judgment is HEREBY ENTERED in favor of Plaintiff and against Defendants in the amount of (1) principal in the amount of $469,760.64, (2) late charges in the amount of $6,923.14; and (3) prejudgment interest in the amount of $102.83 per day, from September 1, 2007, to the date of entry of judgment.

In addition, the Court adopts the recommended finding that Plaintiff is entitled to recover the equipment at issue from Defendants. The money judgment set forth above shall be reduced by the amount of any net proceeds that Plaintiff may recover from disposition of the equipment. Any such disposition shall comply with California law, including the California Commercial Code.

**IT IS SO ORDERED.**

Dated: June 19, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**EXHIBIT 1**

**PROOF OF SERVICE**

I am over the age of eighteen years, not a party to this action, and my business address is 18141 Beach Blvd., Suite 390, Huntington Beach, California, 92648. I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service (USPS) or delivery by overnight messenger.

On July 3, 2008, at the above address, I served a copy of the following documents: NOTICE OF ENTRY OF JUDGMENT by enclosing them in envelopes with postage fully prepaid, and placing the envelopes for collection and mailing on the above date at the above address, following our ordinary business practices, which provides for delivery to the USPS carrier or deposit with the USPS; or, if served by overnight messenger, the envelopes had delivery fees provided for overnight delivery, and were deposited in a box regularly maintained by United Parcel Service. The envelopes were sent to the following persons:

**SEE THE ATTACHED LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 3, 2008, at Huntington Beach, California.

_____
Angela M. Corbett

United States District Court-Northern District

San Francisco-Case No. C 07-06469 EMC

**BANK OF THE WEST vs. RMA LUMBER, INC.,**

a Virginia corporation,

ROBIN M. ALLEN, an individual Defendants.

RMA Lumber, Inc.                          Defendant
295 Belmont Lane
Dillwyn, VA 23936

(served by Mail)

Robin Allen                               Defendant
295 Belmont Lane
Dillwyn, VA 23936

(served by Mail)

**Courtesy copy to:**

Daniel L. Rutherford, Esq.
571 Front Street
P.O. Box 5
Lovingston, VA 22949

(served by Mail)