UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST,<br><br>        Plaintiff(s),<br><br>   v.<br><br>RMA LUMBER INC., et al.,<br><br>        Defendant(s). | No. C07-6469 JSW (BZ)<br><br>**BRIEFING ORDER** |

Plaintiff's ex parte motion for attorneys fees has been referred to me. **IT IS HEREBY ORDERED** that any opposition shall be filed by **July 24, 2008**. Any reply shall be filed by **July 30, 2008.** The court will take the matter under submission and schedule a hearing if one is necessary. Plaintiff shall serve a copy of this order on defendants at their last known address, and file a proof of service.

Dated: July 11, 2008

                                        Bernard Zimmerman
                             United States Magistrate Judge

G:\BZALL\-REFS\BANK OF THE WEST V. RMA LUMBER\BRIEFING ORDER.wpd

1