**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, | |
| Plaintiff, | No. C 07-06469 JSW |
| v. | |
| RMA LUMBER INC. and ROBIN M. ALLEN, | **ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE EDWARD M. CHEN** |
| Defendants. / | |

On July 1, 2008, Plaintiff filed an *ex parte* motion for attorneys' fees. On July 2, 2008, pursuant to Northern District Civil Local Rule 72-1, the Court referred the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion. However, because magistrate Judge Chen is familiar with the case, the undersigned reassigns the motion to Magistrate Judge Edward M. Chen.

**IT IS SO ORDERED.**

Dated: July 15, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom