UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST, a California corporation, | No. C07-6469 JSW (EMC) |
| Plaintiff, | |
| v. | BRIEFING ORDER |
| RMA LUMBER, INC., a Virginia corporation; ROBIN M. ALLEN, an individual | |
| Defendants. _____/ | |

    Plaintiff's Ex Parte Motion for Attorney Fees (Docket No. 28) has been reassigned from Magistrate Judge Bernard Zimmerman to Magistrate Judge Edward M. Chen.  IT IS HEREBY ORDERED that any opposition shall be filed by July 24, 2008.  Any reply shall be filed by July 30, 2008.  The Court will take the matter under submission and schedule a hearing if one is necessary.  Plaintiff shall serve a copy of this order on defendants at their last known address, and file a proof of service.

    IT IS SO ORDERED.

Dated: July 15, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge