1  HOOD & REED
   18141 Beach Blvd., Suite 390
2  Huntington Beach, CA   92648-5611
   Attn:  James T. Reed, Jr., Bar No. 116933
3

4  (714)  842-6837

5  Attorneys for Plaintiff
   BANK OF THE WEST
6

7

8                  UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  BANK OF THE WEST, a California      ) **CASE NO. C 07-06469 JSW (EMC)**
    corporation,                        )
13                                      ) **Assigned to the**
                    Plaintiff,          ) **Honorable Edward M. Chen**
14                                      ) **United States Magistrate Judge**
    vs.                                 ) **Ctrm C, 15th Floor**
15                                      )
    RMA LUMBER, INC., a Virginia        )
16  corporation; ROBIN M. ALLEN, an     )
    individual                          ) **PROOF OF SERVICE OF SECOND**
17                                      ) **BRIEFING ORDER**
                                        )
18                  Defendants.         )
   ─────────────────────────────────── )
19

20        1.   I am over the age of eighteen years, not a party to

21  this action, and my business address is 18141 Beach Blvd., Suite 390,

22  Huntington Beach, California, 92648.  I am readily familiar with our

23  firm's practice for the collection and processing of correspondence

24  for mailing with the United States Postal Service (USPS) or delivery

25  by overnight messenger.

26        2.   On July 16, 2008, at the above address, I served a copy

27  of the following documents:

28

PROOF OF SERVICE OF SECOND BRIEFING ORDER

1          **a.    BRIEFING ORDER DATED 7/15/08.**

2          3.    I enclosed them in envelopes with postage fully

3    prepaid, and placing the envelopes for collection and mailing on the

4    above date at the above address, following our ordinary business

5    practices, which provides for delivery to the USPS carrier or deposit

6    with the USPS; or, if served by overnight messenger, the envelopes had

7    delivery fees provided for overnight delivery, and were deposited in a

8    box regularly maintained by United Parcel Service.   The envelopes were

9    sent to the following persons:

10   RMA Lumber, Inc.                    Defendant
     295 Belmont Lane
11   Dillwyn, VA 23936

12   (served by Mail)

13

     Robin Allen                        Defendant
14   295 Belmont Lane
     Dillwyn, VA 23936
15
     (served by Mail)
16

17
     **Courtesy copy to:**
18

19   Daniel L. Rutherford, Esq.
     571 Front Street
20   P.O. Box 5
     Lovingston, VA 22949
21
     (served by Mail)
22
              I declare under penalty of perjury under the laws of the
23
     United States of America that the foregoing is true and correct.
24
              Executed on July 16, 2008, at Huntington Beach, California.
25

26
                                        _____
27                                      Angela M. Corbett

28

PROOF OF SERVICE OF SECOND BRIEFING ORDER