```
HOOD & REED
18141 Beach Blvd., Suite 390
Huntington Beach, CA  92648-5611
Attn: James T. Reed, Jr., Bar No. 116933


(714) 842-6837

Attorneys for Plaintiff
BANK OF THE WEST
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK OF THE WEST, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RMA LUMBER, INC., a Virginia corporation; ROBIN M. ALLEN, an individual<br><br>Defendants. | **CASE NO. C 07-06469 EMC**<br><br>**Assigned to the**<br>**Honorable Edward M. Chen**<br>**United States District Court Judge**<br>**Ctrm C, 15th Floor**<br><br>**DECLARATION OF JAMES T. REED, JR.**<br>**RE OBJECTION TO REPORT AND**<br>**RECOMMENDATION TO FIX AMOUNT OF**<br>**ATTORNEYS' FEES AS COSTS** |

I, James T. Reed, Jr., declare:

1. I am an attorney duly licensed to practice law in the State of California and I am admitted to practice before the United States District Court for the Northern District of California. The facts contained in this declaration are personally known by me to be true and if called to do so I could and would competently testify, thereto.

1      2.   I am the attorney responsible for the prosecution of
2  this action and was involved in the preparation of the pleadings
3  herein and all of the related correspondence.
4      3.   I provide this declaration to address the time entries
5  referred to as questionable in the Report and Recommendation dated
6  August 7, 2008 at § 1 page 3 lines 7-21, and page 4 lines 1-2.
7      4.   On December 13, 2008, I spent .5 hours preparing a
8  detailed letter to my client.  That letter contains attorney-client
9  privileged information.  I am able to state that this client communi-
10 cation was triggered by a letter from a non-lawyer "representative" of
11 RMA dated December 5, 2007 to Bank of the West, in which the defendant
12 asserted claims and defenses regarding the subject matter of this
13 action.  A true and correct copy is attached hereto as Exhibit 1.  I
14 devoted substantive attention to these claims and defenses and pre-
15 pared a letter to my client resulting in the .5 time entry of December
16 13, 2007.  The claims and defenses were asserted before my demand
17 letters of December 7, 2007.
18     5.   With respect to the time entries for the transmittal of
19 documents by way of the Court's e-filing procedure, on February 7,
20 2008, March 7, 2008, March 11, 2008, March 25, 2008, May 15, 2008, and
21 June 19, 2008, I ask the Court to consider the fact that I personally
22 tended to these tasks due to word processing and staff capability
23 limitations of this office.  I am a 59 year old attorney and not as
24 adept and efficient at e-communications as I would like to be.  Had I
25 delegated the entire e-filing task, considerably more time would have
26 been involved in attempting to process those filings than has been
27 billed and I would have ended up performing substantially all of the
28

1 tasks required which involved substantially more than logging on to
2 the Court's ECF website and uploading the documents.  One challenge I
3 face results from the fact that our primary wordprocessor is WordPer-
4 fect 5.1, a DOS based system.  While I fully expect that as my experi-
5 ence with ECF grows (this was the second ECF case I have been involved
6 in), I, and this office, will become more efficient, I do not believe
7 my client should be penalized by not being compensated for my actual
8 time involved in this filing process.  None of the billing entries
9 include ECF study time, document scanner purchase, installation and
10 familiarity, document conversion from WP5.1 into acceptable formats
11 and related items.
12            I declare under penalty of perjury under the laws of the
13 United States of America that the foregoing is true and correct this
14 August 8, 2008.

_____
JAMES T. REED, JR.
Declarant

18 (JTR:amc)
FEEDEC.01

# RMA LUMBER, INC.

P.O. Box 471 • Dillwyn, VA 23936
(434) 983-3743
Mobile (434) ████████ • Fax (434) 983-5051

December 5, 2007

Melvin Arterberry
Special Asset Dept.
MS NC-TRE-03-8H1450
Treat Blvd
Walnut Creek, CA 94597

Dear Mr. Arterberry:

As various representatives of your firm are aware and pursuant to our November 26, 2007 conversation the Peterson Pacific Recycler number 31B-54-1305 listed in the finance documents dated May 26, 2006 is the subject on an ongoing legal dispute.

Legal counsel fro R M A Lumber Inc has reviewed the transaction and is in the process of filing legal actions against Pioneer Machinery LLC for damages arising from the negligent and fraudulent representation of material facts made by their agents and employees during the acquisition and operation of this equipment.

Their actions directly involves Trinity Capital since the equipment order form and contract of sale (see attached copy) used in your finance agreement was never completed by the seller. The agreement very clearly states "1. NOT BINDING UNTIL SIGNED BY PIONEER." The agreement further states it must be signed and dated by a duly authorized officer of Pioneer. This never took place and as a result the contract is not binding upon either party. As a direct consequence, the agreement between Trinity Capital and R M A Lumber Inc. is likewise invalid since R M A Lumber Inc could not pledge, encumber or finance equipment they do not legally own.

Trinity Capital's finance agency, Pioneer Machinery LLC is the entity who received and utilized the funds from your firm and is the owner of this equipment. They are your source of repayment.

Correspondingly,
R M A Lumber Inc. will never receive the benefits afforded under the finance agreement dated May 26, 2006 since it has been invalid from inception. R M A Lumber Inc. has paid Trinity Capital 128,602.00 dollars under this agreement. Based on present circumstances we respectfully request return of these funds. Upon receipt of these funds

**EXHIBIT 1**

and execution of appropriate releases, R M A Lumber Inc will cooperate fully to allow you and the owner to move the equipment to any location you may designate. Please feel free to contact me at 434-263-6110.

Respectfully Yours,

*Michael W Boles*

Michael W. Boles
Special Representative for
Restricted Assets

Cc: Michie Hamlet Lowry Rasmussen and Tweel

## PROOF OF SERVICE

I am over the age of eighteen years, not a party to this action, and my business address is 18141 Beach Blvd., Suite 390, Huntington Beach, California, 92648. I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service (USPS) or delivery by overnight messenger.

On August 8, 2008, at the above address, I served a copy of the following documents: **DECLARATION OF JAMES T. REED, JR. RE OBJECTION TO REPORT AND RECOMMENDATION TO FIX AMOUNT OF ATTORNEYS' FEES AS COSTS** by enclosing them in envelopes with postage fully prepaid, and placing the envelopes for collection and mailing on the above date at the above address, following our ordinary business practices, which provides for delivery to the USPS carrier or deposit with the USPS; or, if served by overnight messenger, the envelopes had delivery fees provided for overnight delivery, and were deposited in a box regularly maintained by United Parcel Service. The envelopes were sent to the following persons:

**SEE THE ATTACHED LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 8, 2008, at Huntington Beach, California.

_____
Angela M. Corbett

United States District Court-Northern District

San Francisco-Case No. C 07-06469 EMC

**BANK OF THE WEST vs. RMA LUMBER, INC.,**

a Virginia corporation,

ROBIN M. ALLEN, an individual Defendants.

| | |
|---|---|
| RMA Lumber, Inc.<br>295 Belmont Lane<br>Dillwyn, VA 23936 | Defendant |
| (served by Mail) | |
| Robin Allen<br>295 Belmont Lane<br>Dillwyn, VA 23936 | Defendant |
| (served by Mail) | |

**Courtesy copy to:**

Daniel L. Rutherford, Esq.
571 Front Street
P.O. Box 5
Lovingston, VA 22949

(served by Mail)