```
 1  HOOD & REED
    18141 Beach Blvd., Suite 390
 2  Huntington Beach, CA  92648-5611
    Attn: James T. Reed, Jr., Bar No. 116933
 3

 4  (714) 842-6837

 5  Attorneys for Plaintiff
    BANK OF THE WEST
 6

 7
                    UNITED STATES DISTRICT COURT
 8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9
                        SAN FRANCISCO DIVISION
10

11

12  BANK OF THE WEST, a California    )  CASE NO. C 07-06469 JSW (EMC)
    corporation,                      )
13                                    )  Assigned to the
                       Plaintiff,     )  Honorable Edward M. Chen
14                                    )  United States Magistrate Judge
    vs.                               )  Ctrm C, 15th Floor
15                                    )
    RMA LUMBER, INC., a Virginia      )
16  corporation; ROBIN M. ALLEN, an   )  PROOF OF SERVICE OF REPORT AND
    individual                        )  RECOMMENDATION RE PLAINTIFF'S EX
17                                    )  PARTE MOTION TO FIX AMOUNT OF
                                      )  PLAINTIFF'S ATTORNEY'S FEES AS
18                     Defendants.    )  COSTS
                                      )
19  _____

20        1.   I am over the age of eighteen years, not a party to
21  this action, and my business address is 18141 Beach Blvd., Suite 390,
22  Huntington Beach, California, 92648.  I am readily familiar with our
23  firm's practice for the collection and processing of correspondence
24  for mailing with the United States Postal Service (USPS) or delivery
25  by overnight messenger.
26

27

28  _____
    PROOF OF SERVICE OF REPORT AND RECOMMENDATION
    RE PLAINTIFF'S EX PARTE MOTION TO FIX AMOUNT
    OF PLAINTIFF'S ATTORNEY'S FEES AS COSTS
                                 1
```