HOOD & REED
18141 Beach Blvd., Suite 390
Huntington Beach, CA  92648-5611
Attn:  James T. Reed, Jr., Bar No. 116933

(714)  842-6837

Attorneys for Plaintiff
BANK OF THE WEST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK OF THE WEST, a California corporation, | ) CASE NO. C 07-06469 JSW (EMC) |
| | ) |
| | ) **Assigned to the** |
| Plaintiff, | ) **Honorable Edward M. Chen** |
| | ) **United States Magistrate Judge** |
| vs. | ) **Ctrm C, 15th Floor** |
| | ) |
| RMA LUMBER, INC., a Virginia corporation; ROBIN M. ALLEN, an individual | ) |
| | ) **PROOF OF SERVICE OF REPORT AND** |
| | ) **RECOMMENDATION RE PLAINTIFF'S EX** |
| | ) **PARTE MOTION TO FIX AMOUNT OF** |
| | ) **PLAINTIFF'S ATTORNEY'S FEES AS** |
| Defendants. | ) **COSTS** |
| | ) |

1.   I am over the age of eighteen years, not a party to this action, and my business address is 18141 Beach Blvd., Suite 390, Huntington Beach, California, 92648.  I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service (USPS) or delivery by overnight messenger.

PROOF OF SERVICE OF REPORT AND RECOMMENDATION
RE PLAINTIFF'S EX PARTE MOTION TO FIX AMOUNT
OF PLAINTIFF'S ATTORNEY'S FEES AS COSTS

1

1       2.   On August 8, 2008, at the above address, I served a

2  copy of the following documents:

3       **a.   REPORT AND RECOMMENDATION RE PLAINTIFF'S EX PARTE**

4  **MOTION TO FIX AMOUNT OF PLAINTIFF'S ATTORNEY'S FEES AS COSTS.**

5       3.   I enclosed them in envelopes with postage fully

6  prepaid, and placing the envelopes for collection and mailing on the

7  above date at the above address, following our ordinary business

8  practices, which provides for delivery to the USPS carrier or deposit

9  with the USPS; or, if served by overnight messenger, the envelopes had

10  delivery fees provided for overnight delivery, and were deposited in a

11  box regularly maintained by United Parcel Service.  The envelopes were

12  sent to the following persons:

13  RMA Lumber, Inc.           Defendant
      295 Belmont Lane
14  Dillwyn, VA 23936

15  (served by Mail)

16

      Robin Allen              Defendant
17  295 Belmont Lane
      Dillwyn, VA 23936
18
      (served by Mail)
19

20

21  **Courtesy copy to:**

22  Daniel L. Rutherford, Esq.
      571 Front Street
23  P.O. Box 5
      Lovingston, VA 22949
24
      (served by Mail)
25

26       I declare under penalty of perjury under the laws of the

27  United States of America that the foregoing is true and correct.

28

PROOF OF SERVICE OF REPORT AND RECOMMENDATION
RE PLAINTIFF'S EX PARTE MOTION TO FIX AMOUNT
OF PLAINTIFF'S ATTORNEY'S FEES AS COSTS

2

Executed on August 8, 2008, at Huntington Beach, California.

Angela M. Corbett

PROOF OF SERVICE OF REPORT AND RECOMMENDATION
RE PLAINTIFF'S EX PARTE MOTION TO FIX AMOUNT
OF PLAINTIFF'S ATTORNEY'S FEES AS COSTS

3