**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BANK OF THE WEST,

    Plaintiff,

v.

RMA LUMBER INC. and ROBIN M. ALLEN,

    Defendants.

No. C 07-06469 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING MOTION FOR PLAINTIFF'S ATTORNEY'S FEES**

This matter comes before the Court upon consideration of Magistrate Judge Chen's Report and Recommendation re: Plaintiff's motion attorney's fees. In his Report and Recommendation, Magistrate Judge Chen recommends that this Court grant the motion and award Plaintiff fees in the amount of $10,854. There have been no objections filed thereto.

The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, Plaintiff's motion for attorney's fees in the amount of $10,854.

**IT IS SO ORDERED.**

Dated: August 29, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE