IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF THE WEST,<br><br>    Plaintiff,<br><br>v.<br><br>RMA LUMBER INC. and ROBIN M. ALLEN,<br><br>    Defendants.<br>_____/ | No. C 07-06469 JSW<br><br>**AMENDED ORDER ADOPTING IN PART REPORT AND RECOMMENDATION GRANTING MOTION FOR PLAINTIFF'S ATTORNEY'S FEES** |

    This matter comes before the Court upon consideration of Magistrate Judge Chen's Report and Recommendation re: Plaintiff's motion attorney's fees. In his Report and Recommendation, Magistrate Judge Chen recommended that this Court grant the motion and award Plaintiff fees in the amount of $10,854. Although the Court previously found there were no objections filed thereto and adopted the Report in full, after review of the record, the Court has now reviewed the Declaration of James T. Reed filed on August 8, 2008 and accepts the declaration as formal objections to the Report.

1  The Court finds the Report correct, well-reasoned and thorough, and adopts it with the
2  exception that the amounts questioned in the original motion for fees has been accounted for.
3  Accordingly, the Court GRANTS Plaintiff's motion for attorney's fees in the full amount of
4  $11,529.

5  **IT IS SO ORDERED.**

6  Dated:  September 2, 2008

                                                   JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE