```
 1  HOOD & REED
    18141 Beach Blvd., Suite 390
 2  Huntington Beach, CA   92648-5611
    Attn:  James T. Reed, Jr., Bar No. 116933
 3

 4  (714) 842-6837

 5  Attorneys for Plaintiff
    BANK OF THE WEST
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11
    BANK OF THE WEST, a California  )  CASE NO. C 07-06469 JSW
12  corporation,                    )
                                    )  Assigned to the
13                  Plaintiff,      )  Honorable Jeffrey S. White
                                    )  United States District Court Judge
14  vs.                             )  Ctrm 2, 17th Floor
                                    )
15  RMA LUMBER, INC., a Virginia    )
    corporation; ROBIN M. ALLEN, an )  NOTICE OF ENTRY OF AMENDED ORDER
16  individual                      )  GRANTING ATTORNEYS' FEES
                                    )
17                                  )
                    Defendants.     )
18  _____)

19          TO THE DEFENDANTS AND JUDGMENT DEBTORS RMA LUMBER, INC., a

20  Virginia corporation and ROBIN M. ALLEN and their attorney of record:

21          PLEASE TAKE NOTICE that the Court has entered its amended

22  order awarding attorneys' fees on September 2, 2008.  Attached as

23  Exhibit 1 is a true and correct copy of that order.

24                                     HOOD & REED

25

26  Dated:  September 2, 2008      By: _____
                                       JAMES T. REED, JR.
27                                     Attorneys for Plaintiff
                                       BANK OF THE WEST
28
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BANK OF THE WEST,

    Plaintiff,

v.

RMA LUMBER INC. and ROBIN M. ALLEN,

    Defendants.

No. C 07-06469 JSW

**AMENDED ORDER ADOPTING IN PART REPORT AND RECOMMENDATION GRANTING MOTION FOR PLAINTIFF'S ATTORNEY'S FEES**

    This matter comes before the Court upon consideration of Magistrate Judge Chen's Report and Recommendation re: Plaintiff's motion attorney's fees. In his Report and Recommendation, Magistrate Judge Chen recommended that this Court grant the motion and award Plaintiff fees in the amount of $10,854. Although the Court previously found there were no objections filed thereto and adopted the Report in full, after review of the record, the Court has now reviewed the Declaration of James T. Reed filed on August 8, 2008 and accepts the declaration as formal objections to the Report.

**EXHIBIT 1**

The Court finds the Report correct, well-reasoned and thorough, and adopts it with the exception that the amounts questioned in the original motion for fees has been accounted for. Accordingly, the Court GRANTS Plaintiff's motion for attorney's fees in the full amount of $11,529.

**IT IS SO ORDERED.**

Dated: September 2, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

**PROOF OF SERVICE**

I am over the age of eighteen years, not a party to this action, and my business address is 18141 Beach Blvd., Suite 390, Huntington Beach, California, 92648. I am readily familiar with our firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service (USPS) or delivery by overnight messenger.

On September 2, 2008, at the above address, I served a copy of the following documents: **NOTICE OF ENTRY OF AMENDED ORDER GRANTING ATTORNEYS' FEES** by enclosing them in envelopes with postage fully prepaid, and placing the envelopes for collection and mailing on the above date at the above address, following our ordinary business practices, which provides for delivery to the USPS carrier or deposit with the USPS; or, if served by overnight messenger, the envelopes had delivery fees provided for overnight delivery, and were deposited in a box regularly maintained by United Parcel Service. The envelopes were sent to the following persons:

**SEE THE ATTACHED LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 2, 2008, at Huntington Beach, California.

_____
Angela M. Corbett

United States District Court-Northern District

San Francisco-Case No. C 07-06469 JSW

**BANK OF THE WEST vs. RMA LUMBER, INC.,**

a Virginia corporation,

ROBIN M. ALLEN, an individual Defendants.

RMA Lumber, Inc.                    Defendant
295 Belmont Lane
Dillwyn, VA 23936

(served by Mail)

Robin Allen                         Defendant
295 Belmont Lane
Dillwyn, VA 23936

(served by Mail)

**Courtesy copy to:**

Daniel L. Rutherford, Esq.
571 Front Street
P.O. Box 5
Lovingston, VA 22949

(served by Mail)